AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00275 |
| Matthew Mark Wood | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 3/3/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Matthew Mark Wood,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress.

Date: 03/03/2021

2021.03.03
13:42:42
-05'00'

*Issuing officer's signature*

City and state: Washington, D.C.    ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/3/21, and the person was arrested on *(date)* 3/5/21
at *(city and state)* Winston Salem, NC

Date: 3/5/21

*Arresting officer's signature*

Robert Finch   FBI TFO
*Printed name and title*