AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Matthew Mark Wood | ) Case: 1:21-mj-00275 |
| | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 3/3/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Matthew Mark Wood,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress.

Date: 03/03/2021

2021.03.03 13:42:42 -05'00'

*Issuing officer's signature*

City and state:     Washington, D.C.          ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/3/21, and the person was arrested on *(date)* 3/5/21
at *(city and state)* Winston Salem, NC

Date: 3/5/21

*Arresting officer's signature*

Robert Finch    FBI TFO
*Printed name and title*

FILED
in the Middle District of
North Carolina
**March 5, 2021
3:10 pm**
Clerk, US District Court
By: _____kg_____

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                Page 1 of __3__ Pages

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

United States of America )
v. )
) Case No.  1:21-MJ-90
MARK MATTHEW WOOD )
_Defendant_ )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear at:  United States District Court for the District of Columbia
                                                                    _Place_
   via Zoom or as otherwise directed

   on         3/11/2021 at 1:00 pm or as otherwise directed
                                       _Date and Time_

   If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B   (Rev. 12/11) Additional Conditions of Release                                                                        Page  2  of  3  Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(  )  (6)  The defendant is placed in the custody of:
  Person or organization _____
  Address *(only if above is an organization)* _____
  City and state _____   Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                    Custodian                              Date

(X)  (7)  The defendant must:
  (X)  (a)  submit to supervision by and report for supervision to the  U.S. Probation Officer, as directed  ,
       telephone number _____ , no later than _____ .
  (  )  (b)  continue or actively seek employment.
  (  )  (c)  continue or start an education program.
  (X)  (d)  surrender any passport to:  U.S. Probation Officer or as directed
  (X)  (e)  not obtain a passport or other international travel document.
  (X)  (f)  abide by the following restrictions on personal association, residence, or travel:  Advise Pretrial Services of any travel within the US outside of the MDNC; no travel outside of the continental Untied States without prior Court approval.
  (  )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, and _____
  (  )  (h)  get medical or psychiatric treatment: _____
  (  )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
  (  )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  (X)  (k)  not possess a firearm, destructive device, or other weapon.
  (  )  (l)  not use alcohol (  ) at all (  ) excessively.
  (  )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  (  )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  (  )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  (  )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
       (  )  (i)  **Curfew.** You are restricted to your residence every day (  ) from _____ to _____ , or (  ) as directed by the pretrial services office or supervising officer; or
       (  )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
       (  )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
  (  )  (q)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
       (  )  You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
  (X)  (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
  (X)  (s)  Call Pretrial Services once per week; and remain outside of the District of Columbia unless traveling there for matters relating to the Court, Pretrial Services, and/or representation by an attorney.

AO 199C (Rev. 09/08) Advice of Penalties                                           Page  3  of  3  Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Winston-Salem, North Carolina
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:    3/5/2021                        _____
                                         *Judicial Officer's Signature*

                                         Joi Elizabeth Peake, United States Magistrate Judge
                                         *Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

USCA4 5

FILED
in the Middle District of North Carolina

**March 5, 2021**
**4:26 pm**

Clerk, US District Court
By:    kg

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  1:21-MJ-90 |
| | ) | |
| MARK MATTHEW WOOD | ) | Charging District's Case No.  21-MJ-275 |
| *Defendant* | ) | |

### WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   United States District Court for the District of Columbia   .

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)   a hearing on any motion by the government for detention;

(6)   request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☑   an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my preliminary hearing and/or  detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:    03/05/2021   

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

David B Freedman
_____
*Printed name of defendant's attorney*

FILED
in the Middle District of
North Carolina
March 5, 2021
4:25 pm
Clerk, US District Court
By: ____kg____

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### Middle District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 21-MJ-90 |
| MATTHEW MARK WOOD | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 21-MJ-275 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court<br>District of Columbia<br>via Zoom or as otherwise directed | Courtroom No.: |
|---|---|---|
| | | Date and Time: 3/11/2021 1:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 03/05/2021

*Judge's signature*

Joi Elizabeth Peake, United States Magistrate Judge
*Printed name and title*

# U.S. District Court
## North Carolina Middle District (NCMD)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-00090-JEP All Defendants

Case title: USA v. WOOD  
Other court case number: 1:21-mj-275 District of Columbia

Date Filed: 03/05/2021  
Date Terminated: 03/05/2021

Assigned to: MAG/JUDGE JOI ELIZABETH PEAKE

**Defendant (1)**  
**MATTHEW MARK WOOD**  
*TERMINATED: 03/05/2021*

represented by **DAVID B. FREEDMAN**  
CRUMPLER FREEDMAN PARKER & WITT  
860 W. FIFTH ST.  
WINSTON-SALEM, NC 27101  
336-725-1304  
Fax: 336-761-8845  
Email: dfreedman@ftwcb.com  
*TERMINATED: 03/08/2021*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Pending Counts** | **Disposition**
--- | ---
None |

**Highest Offense Level (Opening)**  
None

**Terminated Counts** | **Disposition**
--- | ---
None |

**Highest Offense Level (Terminated)**  
None

**Complaints** | **Disposition**
--- | ---
Rule 5 Arrest |

**Plaintiff**  
USA

represented by **LINDSEY ANN FREEMAN**  
UNITED STATES ATTORNEY'S OFFICE

101 SOUTH EDGEWORTH STREET, SUITE 400
GREENSBORO, NC 27401
336-332-6347
Email: lindsey.freeman3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2021 | | Arrest (Rule 5) of MATTHEW MARK WOOD (Garrett, Kim) (Entered: 03/05/2021) |
| 03/05/2021 | | Minute Entry for proceedings held before MAG/JUDGE JOI ELIZABETH PEAKE CR-1 WS: INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to MATTHEW MARK WOOD held on 3/5/2021. AUSA Lindsey Freeman. Attorney David Freedman present with defendant as retained counsel. Defendant advised of rights and charges. Government not requesting detention. Defendant waives hearings in the MDNC, agrees to release conditions and instructed to appear for further proceedings in the District of Columbia. Proceedings recorded. (Garrett, Kim) (Entered: 03/05/2021) |
| 03/05/2021 | 1 | **ORDER Setting Conditions of Release** for MATTHEW MARK WOOD. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 3/5/21. (Garrett, Kim) (Entered: 03/05/2021) |
| 03/05/2021 | 2 | WAIVER of Rule 5(c)(3) Hearing by MATTHEW MARK WOOD (Garrett, Kim) (Entered: 03/05/2021) |
| 03/05/2021 | 3 | **ORDER REQUIRING DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING** as to MATTHEW MARK WOOD. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 3/5/21. (Garrett, Kim) (Entered: 03/05/2021) |
| 03/08/2021 | 4 | Notice to District of Columbia of a Rule 5, Rule 32, or Rule 40 Appearance as to MATTHEW MARK WOOD. Your case number is: 21mj275. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to interdistrict_NCMD@ncmd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (Butler, Carol) (Entered: 03/08/2021) |

**PACER fee: Exempt**