UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 1:21CR223 |
| | ) | |
| MATTHEW MARK WOOD | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David B. Freedman of the law firm of Freedman Thompson

Witt Ceberio & Byrd, PLLC has been retained to represent the defendant in the above-entitled action.


This the 25th day of March, 2021.


FREEDMAN THOMPSON WITT CEBERIO & BYRD, PLLC
Attorneys for the Defendant

By:   /s/ David B. Freedman
     David B. Freedman
     860 West Fifth Street
     Winston-Salem, NC  27101
     Tel. (336) 725-1304
     NC State Bar No. 10334
     Dfreedman@ftwcb.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          )
                                  )
            vs.                   )          1:21CR223
                                  )          **CERTIFICATE OF SERVICE**
MATTHEW MARK WOOD                 )


        That on the 25ᵗʰ day of March, 2021, he served a copy of **NOTICE OF APPEARANCE** by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

ADDRESSEE:        David T. Henek
                  Assistant United States Attorney
                  David.t.henek@usdoj.gov


                          FREEDMAN THOMPSON WITT CEBERIO & BYRD, PLLC
                          Attorneys for the Defendant

                          By:  /s/ David B. Freedman
                                  David B. Freedman
                                  860 West Fifth Street
                                  Winston-Salem, NC  27101
                                  Tel. (336) 725-1304
                                  NC State Bar No. 10334
                                  Dfreedman@ftwcb.com