IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-223 (APM) |
| | ) | |
| | ) | |
| MATTHEW MARK WOOD | ) | |

**NOTICE OF APPEARANCE**

COMES NOW Kira Anne West and enters her appearance as counsel for Mr. Matthew Mark Wood in the above captioned case.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit #509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 15th day of December, 2021 a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and pursuant to the rules of the Clerk of Court.

_____/S/_____
Kira Anne West