UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                                           ) | Criminal No. 21-cr-223 (APM) |
| ) | |
| **MATTHEW MARK WOOD,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

For the reasons stated on the record during the hearing held on March 10, 2022, *see* Hr'g Tr. (draft), Mar. 10, 2022, the court grants Defendant Matthew Mark Wood's oral motion to modify the conditions of his pretrial release. Defendant's conditions of release are modified as follows: Defendant may travel within the state of North Carolina for work without prior notice to or approval from either the court or Pretrial Services.

Dated: March 11, 2022

Amit P. Mehta
United States District Court Judge