# CONSENT TO SEARCH COMPUTER(S)

I, __Matthew Wood__, have been asked by Special Agents of the Federal Bureau of Investigation (FBI) to permit a complete search by the FBI or its designees of any and all computers, any electronic and/or optical data storage and/or retrieval system or medium, and any related computer peripherals, described below:

__iPhone 12 Pro Max   Model #A2342   Serial # F2LDJNYN0D41__
CPU Make, Model & Serial Number (if available)

_____
Storage or Retrieval Media, Computer Peripherals

and located at __2nd Street, Winston Salem, NC__, which I own, possess, control, and/or have access to, for any evidence of a crime or other violation of the law. The required passwords, logins, and/or specific directions for computer entry are as follows: __1776__.

I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely and voluntarily, and not as the result of threats or promises of any kind.

I authorize those Agents to take any evidence discovered during this search, together with the medium in/on which it is stored, and any associated data, hardware, software and computer peripherals.

__3/5/21__
Date

__[signature]__
Signature

__3/5/21__
Date

__[signature] Rut C. L__
Signature of Witness

__Robert Finch__
Printed Full Name of Witness

__2nd Street, Winston Salem, NC__
Location