FD-1036 (Rev. 10-16-2009)

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION
## Import Form

**Form Type:** FD-71A - Guardian Complaint Form          **Date:** 01/29/2021

**Title:** U//FOUO MATTHEW MARK WOOD self reported as being in Capitol during 01/06/2021 events.

**Approved By:** Jennifer L. Perry

**Drafted By:** Del Toro-Silva Felix M

**Case ID #:** ▓▓▓▓▓▓▓▓▓▓          (U) MATTHEW MARK WOOD;
ANTI-RIOT LAWS;
UNITED STATES CAPITOL BUILDING,
WASHINGTON, DC

**Synopsis:** U//FOUO DOCUMENT SYNOPSIS CREATED ON 01-29-2021 10:29 AM--SEE GUARDIAN 708760_CE FOR CURRENT ASSESSMENT DATA.
On 01/22/2021, MATTHEW MARK WOOD, Date of Birth: ▓▓▓▓▓▓; resident of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; telephone number ▓▓▓▓-4047 was interviewed telephonically. WOOD had called the National Joint Terrorism Task Force (NTJF) to identify himself as UNSUB #71 from the FBI Wanted Poster related to the events at the US Capitol on 01/06/2021. After being advised of the nature of the interview and the identity of the interviewing agent WOOD provided the following information:

WOOD left from North Carolina towards DC on 01/05/2021 after work at approximately 9:30 pm. WOOD traveled with his grandmother CAROLYN ▓▓▓▓; telephone number ▓▓▓▓-4883; and his friend TAYLER ▓▓▓▓; telephone number: ▓▓▓▓-1241. They arrived sometime between 2:30-3:00 am on 01/06/2021 to a hotel in Maryland. He could not recall the name of the town where they stayed. Their plan was to attend the rally in the morning, but they got in so late that they slept in. The following day they parked their at Capitol 1 Arena and made their way through the Archive. The speech was already underway and they decided to get something to eat before heading to the Capitol. They thought there would be additional speeches at the Capitol and they wanted to be up close. They arrived at the Capitol a bit before 1:00 pm. That was when the crowd

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

Title:  U//FOUO MATTHEW MARK WOOD self reported as being in Capitol during 01/06/2021 events.
Re:            , 01/29/2021

arrived. The crowd separated the group and he was pushed to the left where some scaffolding was located. There he found a Trump flag on the floor and picked it up. While pressed within the crowd he was hit with tear gas. He attempted to leave, but was pushed forward with the crowd. He continued his ascent with the flow of the crowd as it moved forward. At the top of the stairs he saw some broken windows on the floor. He again attempted to leave because he saw the situation escalating. WOOD stated he was there for the protest, not to destroy property. Shortly after a large man grabbed him by the shoulder and told him: "let's go" and he was pushed forward with the crowd. He was pushed inside the Capitol by the crowd. Once inside WOOD found a Capitol Police Officer, who he described over 6'00" tall. He could not describe the officer because the officer was wearing a mask. He asked the Officer how he could get out. The officer told WOOD to hold tight, that all exits were locked until the situation was under control and the area was secured. WOOD stayed in the vicinity of the Rotunda, looking for a way out. He noticed that other people were in a similar situation to his and were asking the Officer how to get out. WOOD stayed mostly in a room to the left with circular railing and a big chandelier. He described to the right of that room was a room with red flooring and statues.

WOOD stated that he did not destroy any property or assaulted anyone. He did see a man wearing all camouflage clothing and a later hat breaking a glass cabinet with a small baton. In another instance saw a man breaking glass at the end of what he described as a conference room with an L shape. He and a group of other people attempted to stop the man and others from breaking things. At one point WOOD observed two Officers escorting what appeared to be an injured female Officer between them. The crowd was impeding their movement and wood began to scream to let them pass and used the flag to wave the Officers his way and take the injured to obtain medical assistance. Eventually he was able to make his way out of the building and reunite with his grandmother and friend.

WOOD said his intention was to attend the rally and protest like he had done in the past. He did not intend to break any laws or participate in any violence. WOOD alleged his plans were to pr...CONTENT TRUNCATED--SEE

UNCLASSIFIED//FOUO

Title: U//FOUO MATTHEW MARK WOOD self reported as being in Capitol during 01/06/2021 events.
Re: ████████████, 01/29/2021

GUARDIAN 708760_CE FOR COMPLETE TEXT

♦♦