FD-302 (Rev. 5-8-10)

-1 of 4-

# FEDERAL BUREAU OF INVESTIGATION

Date of entry  01/27/2021

    MATTHEW MARK WOOD, date of birth (DOB) ▮▮▮▮, was interviewed at his residence, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮. After being advised of the identity of the interviewing Agents and the nature of the interview, WOOD provided the following information:

[Writer's Note: Also present during the interview were Special Agent J.L. Pickford and WOOD'S grandmother, Carolyn Larson.]

    WOOD is currently employed by ▮▮▮▮ located at ▮▮▮▮▮▮▮▮▮▮. His cell phone number is ▮▮▮-4047. His Facebook page is Matthew Wood, his Twitter is ▮▮▮▮, and his Snapchat is attached to his cell phone number. He does not use his Instagram account of ▮▮▮▮ and does not use Telegram, Signal, or Parler.

    On January 25, 2021, WOOD contacted the FBI proactively after he became aware he was the man depicted as #71 on an FBI Seeking Information bulletin related to the U.S. Capitol breach on January 6th. He is aware the FBI is looking for anyone who was inside the U.S. Capitol building and he contacted the FBI to "do the right thing" and explain his non-violent actions. He was remorseful and responsible for his actions and did not want to add to the FBI's investigative workload by waiting to be identified.

[Writer's Note: WOOD was shown an FBI Seeking Information Bulletin with unidentified subjects numbered #69 through #78. WOOD identified himself as the man depicted in photograph #71 and signed and dated below the photo. WOOD also signed and dated an enlarged and cropped picture of photograph #71. Both pictures are attached as physical and digital 1As.]

    On January 5, 2021, WOOD traveled to Washington, D.C. with his grandmother, ▮▮▮▮, cell ▮▮▮-4883, and his friend, Tyler ▮▮▮, cell ▮▮▮-1241, to attend the Trump rally and speech on January 6th. WOOD and his traveling party left North Carolina late on the 5th and did not

---

Investigation on 01/26/2021 at Reidsville, North Carolina, United States (In Person)

File # ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    Date drafted 01/26/2021

by Robert C. Finch , SA J L Pickford

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Continuation of FD-302 of  (U) Interview of Matthew Mark Wood          , On  01/26/2021  , Page  2 of 4

arrive at their hotel in Maryland until early morning on January 6th. WOOD planned to support President Trump and protest against what he believes to be a fraudulent election result. He did not intend to march on the Capitol building or disrupt the Electoral College ballot certification.

After sleeping in late on January 6th, WOOD, ▌, and ▌ decided to drive into Washington, D.C. to park and find a good restaurant to have lunch. Due to their late start, the group did not attend President Trump's speech. After finishing lunch around 2:00 p.m., WOOD and his traveling party saw a large crowd of people marching toward the U.S. Capitol building. WOOD, Tudor, and Larson joined the peaceful group and marched with them. WOOD'S intention was to exercise his First Amendment protected right to protest.

Once at the Capitol, WOOD noticed the crowd become more hostile and pushing closer and closer to the police barricades around the Capitol. The crowd pushed forcefully through most of the police barricades and WOOD became separated from ▌ and ▌. WOOD tried to maneuver back away from the Capitol building but was caught in large crowds of people pushing him forward. He is not a physically imposing man and was unable to push against the large crowds of people flowing toward the Capitol building. WOOD also began to feel the effects of tear gas deployed by Capitol Police.

While trying to retreat from the front area of the advancing crowd, an unknown white male, approximately 6'3" tall, grabbed WOOD on both his shoulders, spun him around toward the Capitol, and said "let's go!" The large crowd then began to push more forcefully toward the Capitol stairs and WOOD went with the crowd to avoid being trampled.

At the top of the outside Capitol stairs, WOOD saw a Trump flag on the ground and picked it up. This is the same flag WOOD is holding in photograph #71. The crowd continued to push forcefully and WOOD was pushed up against the Capitol building. He saw a broken window at ground level with several large groups of people pushing toward it. WOOD was pushed toward the window by the crowd and entered the building.

Once inside the Capitol building, the crowd continued to push WOOD further into the interior. WOOD went with the crowd because he could not physically push back against them and had nowhere else to go. WOOD starting looking for an exit but was still with a large crowd that pushed its way to

Nancy Pelosi's office. WOOD entered Pelosi's conference room and saw an unknown heavy-set white male, 30-40 years of age, 5'10", using a baton to shatter a glass cabinet. WOOD knew this to be wrong and pushed back against the crowd to leave the conference room.

WOOD walked toward the Rotunda area and asked a uniformed police officer how he could get out. The officer told WOOD the building was locked down and he would have to wait to exit. WOOD tried to walk around and find an exit but was unsuccessful. He spent a majority of the time peacefully waiting in the Rotunda area.

While waiting in the Rotunda, WOOD saw a significant amount of law enforcement enter the building and engage the crowd. The crowd pushed back against the officers while they tried to push the crowd toward an exit. While the crowd was being pushed toward the exit, WOOD was pepper sprayed and hit over the head by unknown people. WOOD saw officers attempting to shepherd an injured female officer to safety so he began to swing his flag stick to clear the crowd of protesters and make a pathway for the officers to travel. Law enforcement eventually pushed the crowd, including WOOD, to an exit and outside the building.

Once outside, WOOD was able to reconnect with ▮▮▮▮ and ▮▮▮▮ and walk away from the Capitol building. The three gathered themselves and waited for the area to clear up before walking to their vehicle around 5:30 p.m. The group left Washington, D.C. and traveled back to North Carolina.

WOOD estimates he was inside the Capitol for approximately 45 minutes. He estimates he was inside Nancy Pelosi's conference room for two minutes. He stated he would have left the building sooner but was told by police to sit tight and wait for the lock-down to end.

While outside and inside the Capitol, WOOD never assaulted law enforcement, threw any objects, destroyed any property, or vandalized the Capitol in any way. He never advocated for violence or assisted anyone in committing an act of violence. He did not record any video while inside the Capitol but did take a few pictures that he has since deleted from his phone. He allowed another protester to take a picture of him standing inside the Rotunda, which has also been deleted. On January 6th, he posted on Facebook about the people being angry and rising up but did not intend on it

being anything more than First Amendment protest. While walking toward the Capitol building prior to going inside, WOOD posted on Facebook that he was about to "storm the Capitol." He did not mean for the post to be literal and just got caught up in the moment. WOOD deleted all Capitol related posts and deactivated his Facebook page on or about January 7th or 8th.

WOOD stressed he was very embarrassed by his actions and never intended for the event to become violent or for him to end up inside the Capitol building. He described his actions as "wrong place, wrong time." He never would have brought his grandmother to the event had he expected it to become violent. He believed the event was going to be a typical Trump rally were people exercise their First Amendment right to protest.

WOOD is not a part of any illegal organizations, militia or anti-government groups. He did not travel to Washington, D.C. in a caravan and he is not aware of anyone who traveled to participate in violent activities. He does not know the identity of the suspect in the pipe bomb investigation.