FEDERAL BUREAU OF INVESTIGATION

Date of entry     03/05/2021

    On March 5, 2021, MATTHEW MARK WOOD, date of birth ▬▬▬▬, cell phone number ▬▬▬-4047, self-surrendered to FBI Task Force Officers Robert Finch and Max Wooten outside the United States District Courthouse in Winston Salem, NC. WOOD arrived with his attorney, David B. Freedman.

    The arrest was conducted pursuant to a signed criminal complaint and arrest warrant from U.S. Magistrate Judge Robin M. Meriweather in the U.S. District Court for the District of Columbia. The criminal complaint charges Wood with one count of 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, one count of 40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds, and one count of 18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress.

    During the arrest, Freedman stated WOOD had additional information he wished to provide to the FBI. With Freedman present, WOOD recalled additional information surrounding his actions on January 6, 2021, at the U.S. Capitol building in Washington, D.C. WOOD stated that prior to entering the Capitol, and while still outside on the Capitol grounds, he climbed a television camera platform for a brief moment. While on the platform, WOOD did not damage any property or commit any acts of violence. He stated there were no police present near the platform. WOOD believes the platform was outside the restricted area blocked off by law enforcement. After climbing down from the platform, WOOD moved with the large crowd toward the Capitol building.

    Approximately 25-30 minutes after entering the Capitol building, WOOD believes he saw Ashli Babbitt walking in a hallway with another female. WOOD heard Babbitt say something about going in the direction of the House Chambers. WOOD believes this occurred in a hallway between the Rotunda and other rooms. The hallway had three or four windows and a statue of George

| | | |
|---|---|---|
| Investigation on  03/05/2021  at | Winston Salem, North Carolina, United States (In Person) | |
| File #  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | Date drafted | 03/05/2021 |
| by  Robert C. Finch , Max S. Wooten | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Washington.

(Writer's Note: Ashli Babbitt was shot and killed inside the U.S. Capitol building on January 6, 2021.)

While still inside the Capitol, WOOD stated he made a telephone call to his work manager, Hannah, to let her know he was ok. Hannah was worried about WOOD traveling to Washington, D.C. and WOOD wanted to call her to calm her down.

(Writer's Note: Hannah has been identified as Hannah Jayne Daniel, date of birth 12/31/1992, cell phone number 336-589-7787, 280 Beeson Road, Eden, NC.)

WOOD stated he does not remember yelling while inside the Capitol but does remember opening his mouth often because he was feeling the effects of pepper spray.

While walking into the Courthouse for processing by the United States Marshals Service, WOOD stated he was at peace with his decision to take responsibility for his actions and he believed his religious beliefs were helping to guide him through the process. He believes he is a better man now than he was in January and he wishes to do the right thing and move beyond this moment in time. Further, WOOD apologized for surprising us with an attorney because he did not want it to seem like he was being unhelpful.