IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-223 (APM) |
| | ) | |
| | ) | |
| MATTHEW MARK WOOD | ) | |

**NOTICE OF FILING**

Kira Anne West, representing Mr. Matthew Mark Wood , hereby files this notice of filing of a statement of facts supporting the plea to the indictment in the above case.

                                                  Respectfully submitted,

                                                  KIRA ANNE WEST

By:          /s/         
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit #509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com
Counsel for Matt Wood

**CERTIFICATE OF SERVICE**

I hereby certify on the 26th day of May, 2022 a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and pursuant to the rules of the Clerk of Court.

                                                      /S/
                                                Kira Anne West