```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,         )
                                  )
        Plaintiff,                )
                                  )   CR No. 21-223
                                  )   Washington, D.C.
      vs.                         )   March 10, 2022
                                  )   12:47 p.m.
MATTHEW MARK WOOD,                )
                                  )
        Defendant.                )
_____)


     TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
           BEFORE THE HONORABLE AMIT P. MEHTA
               UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:        David T. Henek
                           U.S. ATTORNEY'S OFFICE
                           FOR THE DISTRICT OF COLUMBIA
                           555 4th Street NW
                           Washington, D.C. 20530
                           (202) 252-7825
                           Email: david.t.henek@usdoj.gov

For the Defendant:         Kira Anne West
                           Nicole Cubbage
                           LAW OFFICE OF KIRA WEST
                           712 H St, NE
                           Unit 509
                           Washington, D.C. 20002
                           (202) 236-2042
                           Email: kiraannewest@gmail.com
```

APPEARANCES CONTINUED:

Court Reporter:           William P. Zaremba
                          Registered Merit Reporter
                          Certified Realtime Reporter
                          Official Court Reporter
                          E. Barrett Prettyman CH
                          333 Constitution Avenue, NW
                          Washington, D.C. 20001
                          (202) 354-3249


Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

```
 1                     P R O C E E D I N G S
 2              COURTROOM DEPUTY:  Your Honor, this is Criminal
 3   Case No. 21-223, United States of America versus Matthew
 4   Mark Wood.
 5              David Henek for the government.
 6              Kira West and Nicole Cubbage for the defense.
 7              The defendant is appearing via videoconference for
 8   this hearing.
 9              THE COURT:  All right.
10              Counsel, Mr. Wood, good afternoon to all of you.
11              Okay.  We're back to see where things stand.
12   I understand there's going to be a request for a trial date
13   today; is that right?
14              MR. HENEK:  That's correct, Your Honor.
15              Ms. West sent me a letter on behalf of Mr. Wood
16   asking the government to plead Mr. Wood to a felony -- or,
17   sorry, to a misdemeanor.
18              Based on Mr. Wood's conduct and the evidence in
19   this case, the government is not willing to do that.
20   So we're at a standstill, and Mr. Wood is requesting a trial
21   date.
22              THE COURT:  Okay.
23              When were you all thinking?
24              MS. WEST:  Your Honor, Kira West for Mr. Wood.
25              The problem is, everybody is bogged down with
```

1   these cases.  I have a trial in June and July, both
2   January 6th cases.
3           I have a short assault trial in April, which is
4   a -- and a DUI trial in May, which is unusual for me.
5           So I mean, I hate to say it, but I don't know how
6   we could do it before the fall.
7           MR. HENEK:  Your Honor, I was told that you guys
8   might have the end of June available.  I don't know when
9   Ms. West's trial is in June, but the government would be
10  fine with that last week of June, if it is available.
11          THE COURT:  That's fine.
12          MR. HENEK:  I estimate that this is probably a day
13  and a half for the government's case-in-chief.
14          My supervisor said to ask for three or four days,
15  but, honestly, I don't think it's going to be more than a
16  day and a half on behalf of the government.
17          MS. WEST:  I would concur with that, Your Honor.
18  It is going to be a short trial; maybe we could do the end
19  of June.
20          My trial in June is the first week in June, and it
21  will probably be at least a week, and that's before
22  Judge Cooper.
23          I have a trial before Judge Hogan at the end of
24  July, so it's possible that we could do that last week in
25  June.

1           THE COURT:  Okay.
2           Well, you've sort of identified, I think, the one
3   window that I've got until the rest of the year, so we'll
4   start trial on June 27th.
5           MR. HENEK:  That would work, Your Honor.
6           I can't imagine -- I mean, I don't know if
7   Ms. West is going to call witnesses.
8           THE COURT:  Here's the only -- here's the one
9   thing.  Let me just say the following, which is, everybody
10  ought to -- I have two concerns; one is whether we're --
11  this is a January 6 case, which is already going to make
12  jury selection a little bit more challenging.  Judge
13  Friedrich just seated a jury and it took her two days, so
14  you can expect that jury selection may take longer than
15  usual.
16          We're also the week before January July 4th.
17  So I would not be surprised if we lose a lot of jurors that
18  week who are going to say, yeah, we're leaving early, we've
19  got travel booked, and that would be a problem.
20          And then I am not available the 5th, 6th, 7th, and
21  8th in the event that things spilled over into the following
22  week.
23          MR. HENEK:  Your Honor, is there any chance we
24  could do the jury selection the Thursday and Friday the week
25  before or are you booked up?

```
1              THE COURT:  So I'm on duty that week for the
2   Foreign Intelligence Court.  Fridays usually --
3              MS. WEST:  Your Honor, I hate to interrupt, but I
4   kind of feel like I'm being squeezed in a box, which is a
5   horrible feeling when you're having to get ready for trial.
6              I mean, my client is not incarcerated; I don't
7   know what the harm is to the government by waiting until
8   September to try this case.
9              THE COURT:  I can't even -- I wish I could even
10  give you a September trial date.
11             I mean, right now, I'm -- I'd have to look to see
12  if I could find -- this is not an exaggeration.  I have a
13  trial on the calendar every single day for the remainder of
14  the year, with the exception of weeks I'm scheduled to be on
15  duty in the Foreign Intelligence Court.
16             MS. WEST:  Knowing you, I believe that.
17             THE COURT:  I mean, look, I've got two or maybe
18  three now, I can't remember, you know, monthlong blocks set
19  off for these Oath Keeper cases.  I don't know whether
20  they're going to go or not, but that's just kind of where we
21  are.
22             You know, I could -- I'm supposed to start a civil
23  case on the 13th that's been pending for a while.  I could
24  tentatively set jury selection for the 16th, 17th.
25             MR. HENEK:  Of what month, Your Honor?
```

1          THE COURT:  I'm sorry?

2          MR. HENEK:  Of what month?

3          THE COURT:  June.

4          And, you know, I could, in theory, if this is

5  really going to be a two-day case, work around my FISC

6  obligations the week of the 20th.

7          MS. WEST:  So the problem for me, Your Honor, is I

8  start a trial June 6th in front of Judge Cooper.  It's an

9  assault on a police officer, it's several felonies, it's a

10 big case.  I'm going to be in trial for at least a week.  So

11 I can't then the following week -- I mean, I'm over 50 and

12 almost 60.  I can't the following week then pick a jury and

13 go to trial in another case, I just can't do it.  You can,

14 but I can't.

15         MR. HENEK:  So that's why we're pushing -- the

16 government is pushing for that last week of June,

17 Your Honor.  And whatever we could do to get that done

18 whether or not -- I don't know if we could pick the jury on

19 the 23rd and 24th.  That way we would have the whole week.

20         I completely understand we're cutting it a little

21 close if we pick a jury the 27th and 28th.  I do think we

22 could get it done.  But, you know, I don't want to be in a

23 position where 4th of July comes around and, for whatever

24 reason, Ms. West and I don't conclude.

25         How long are your trial days, Your Honor?

1              THE COURT:  Full days.
2              MS. WEST:  So they're 8:00 a.m. to 6:00 p.m.
3              THE COURT:  They're not 8:00 a.m. to 6:00 p.m.
4     They're 9:30 to 5:00.
5              And I let you eat.  So don't --
6              Look, how about the following?  It's not optimal,
7     but the way these duty weeks work in FISC, they tend to be
8     backloaded in terms of the work, and I'm needed more
9     theoretically toward the end of the week than Monday and
10    Tuesday that week.
11             So what if we picked a jury on the 20th and 21st
12    and started with evidence on the 27th?
13             MR. HENEK:  That's great.  That works for the
14    government.
15             THE COURT:  Ms. West, you're up for jury selection
16    over two days and then --
17             MS. WEST:  That would be -- I think that -- that
18    would give me, you know, a week -- I mean, I'm going to be
19    ready for trial before then, but that would give me a good,
20    hopefully, few days, Your Honor, before jury selection.
21             THE COURT:  Yeah.
22             I mean, you know, you obviously don't have to have
23    all your ducks in a row for trial by the date of jury
24    selection.  You'll have, you know, five full days, including
25    the weekend before, between, you know, the end of jury

1  selection and the start of the trial.
2          So if that works for everybody, let's go ahead and
3  try and fit that in.  And we'll get that -- we'll have jury
4  selection the 20th, 21st, trial around the week of the 27th.
5          And, look, I just -- you know, I think we're going
6  to run into problems, but we'll see what happens.  I mean,
7  we may end up with a jury that -- I don't know.  We'll see.
8  We'll see.
9          I do think -- you know, I've done these before,
10 where it comes up on a long holiday weekend.  And I usually
11 tell the jurors we're not going to sit that Friday before
12 the weekend, because a lot of people, you know, want to bag
13 out early on that Friday.
14         And the question is, can we finish this -- and we
15 may not be finished with deliberations by the 30th, evidence
16 and deliberations by the 30th.  I mean, if you all are
17 comfortable thinking we can do that, then great.  And if
18 we've got to come back the next week, I could ask one of my
19 colleagues to cover the jury deliberations.
20         MS. WEST:  You know, I once --
21         MR. HENEK:  We appreciate the Court's
22 availability, Your Honor.
23         MS. WEST:  Judge, I once tried a case in front of
24 Judge Lamberth and he went on vacation.  And, Nicole, you
25 might remember, I think we had seven different federal

1   judges with the jury questions, seven.
2               THE COURT:  Well, I promise you it won't be seven.
3   It will be the week after the 4th, and so I'll identify
4   somebody who's here that week and who can cover it, okay?
5               MS. WEST:  I just have a sentencing on the 27th in
6   another January 6th case, which I'll ask Judge Hogan if we
7   can do it the week before.
8               THE COURT:  Okay.
9               Yeah, if you could move that, that would be
10  helpful.
11              MS. WEST:  Of course.
12              THE COURT:  Okay.
13              All right.  Let's do that.  We'll issue a Pretrial
14  Order that's consistent with those dates, and we'll, at
15  least for now, set a pretrial hearing.  When can that even
16  feasibly happen.  How about Monday, the 13th, at 4:00 p.m.?
17              MR. HENEK:  That works for the government,
18  Your Honor.
19              MS. WEST:  Assuming I'm not in trial, Your Honor,
20  that works for me.
21              THE COURT:  Okay.
22              So June 13th at 4:00 p.m. for pretrial.  We will
23  back all of those dates out for motions, motions in
24  limine -- let me ask, are there going to be any Rule 12
25  motions in this case?

| | |
|---|---|
| 1 | MS. WEST: Oh, yes. You know it. |
| 2 | THE COURT: Okay. What's he charged with, remind |
| 3 | me? |
| 4 | MS. WEST: 1512 and misdemeanors. |
| 5 | THE COURT: Okay. |
| 6 | Well -- all right. |
| 7 | You know, we'll build that into the schedule. |
| 8 | Ms. West, you know I've ruled on a lot of these issues |
| 9 | already. |
| 10 | MS. WEST: Oh, yes, sir, I know, I'm aware. |
| 11 | THE COURT: And so you'll have to convince me that |
| 12 | I was wrong before. |
| 13 | I know Judge Nichols has issued his decision. |
| 14 | MS. WEST: Yep. |
| 15 | THE COURT: So, you know. |
| 16 | MS. WEST: I'm going to let some other |
| 17 | colleague -- I have two Circuit briefs in the D.C. Circuit |
| 18 | due in April, so I'm going to let some other colleague of |
| 19 | mine take that up with the Circuit, but hopefully there will |
| 20 | be an opinion by the time we go to trial. |
| 21 | THE COURT: Yeah, don't hold your breath on that. |
| 22 | Although truthfully, it would be beneficial to everybody if |
| 23 | they expedited it. |
| 24 | MS. WEST: I agree so much. |
| 25 | THE COURT: And I don't know whether the |

1    government is intending to appeal Judge Nichols' decision or
2    not.
3             MR. HENEK:  It's above my pay grade, Your Honor,
4    but --
5             THE COURT:  Yeah, I know.
6             Well, the other -- the defendant in the other case
7    was just convicted of that, but that's going to take some
8    time since he's got to get sentenced and the like.  So that
9    appeal is not going to be resolved any time soon.
10            MS. WEST:  And I don't think the Guy Reffitt case
11   is really representative of these January 6th cases,
12   Your Honor.  There were a lot of strange issues in that
13   case.
14            THE COURT:  Yeah, I know there were.
15            But I'm just talking about the 1512 issue, because
16   I think he was convicted of that.
17            And, you know, if Judge Nichols is right, Reffitt
18   would be acquitted on that count -- or the conviction would
19   be vacated.  It obviously would impact a lot of what we're
20   doing, we will be doing.  But we'll see.  That's why we have
21   a Court of Appeals.
22            So anyway, we'll back out the dates.  You all can
23   probably expect a short turnaround time just because this
24   case is coming up quickly and we'll see where things are,
25   okay?

```
1            MR. HENEK:  Thank you, Your Honor.
2            MS. WEST:  A couple things, Your Honor.
3            Mr. Henek has been really good about getting me
4  discovery, and I'll get with him and make sure that I have
5  everything.
6            I suspect that we'll be able to agree on a lot
7  before trial, like all our exhibits and all those things
8  that you like.  So I don't see that being a problem.
9            THE COURT:  Okay.  Good.
10           MS. WEST:  Secondly, Mr. Wood is employed, and he
11 would like permission -- and I'm happy to file something in
12 writing, but he would like permission to travel to the
13 northern and western districts of North Carolina for his
14 job.  I emailed Pretrial Services, but I've not heard back
15 from them, and usually I do within 24 hour.
16           So I don't think the government is going to object
17 to him working, but we would ask, Your Honor, that the
18 conditions of release be modified to allow him to travel to
19 those districts for work only.
20           THE COURT:  Can you just remind me where Mr. Wood
21 is located?
22           MS. WEST:  He's in North Carolina, Your Honor.
23           THE COURT:  Oh, okay.
24           So this will just be to a neighboring district?
25           MS. WEST:  Yes, sir.
```

1           THE COURT:  I see.

2           Any objection by the government?

3           MR. HENEK:  I mean, I don't anticipate one,

4  Your Honor, but I would like to hear from Probation.  I want

5  to defer to Probation as to whether or not they can easily

6  supervise him.

7           THE COURT:  Yeah, I mean, I don't think it's a

8  supervision issue.  It's not like he asking to live in a

9  different district, he's just asking to go there for work on

10 a given day.

11          MR. HENEK:  No objection, Your Honor.

12          THE COURT:  And I don't -- did we get -- I swear

13 we got a Pretrial Services Report before this hearing.

14          MR. HENEK:  So Mr. Wood is in compliance with

15 that.  I just looked at it.  No objection.

16          THE COURT:  I'll modify the condition and lift the

17 travel restriction and allow him to travel within the State

18 of North Carolina.

19          Does that take care of what -- address his work

20 needs?

21          MS. WEST:  Yes, Your Honor.  Thank you.

22          THE COURT:  Okay.

23          All right.  So we'll get a Minute Order out

24 that -- or a paper order that modifies that condition so

25 that that can be sent along to his -- whoever is supervising

```
1   him in North Carolina, okay?
2             Anything else, Counsel?
3             MS. WEST:  No, Your Honor.  Good to see you.
4             THE COURT:  Good to see you too.  Take care,
5   everybody.
6             (Proceedings concluded at 1:07 p.m.)
```

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

        Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__May 19, 2022_____     
　　　　　　　　　　　　　　　　　William P. Zaremba, RMR, CRR

| | | | | | |
|---|---|---|---|---|---|
| **COURTROOM DEPUTY: [1]** 3/2<br>**MR. HENEK: [16]** 3/14 4/7 4/12 5/5 5/23 6/25 7/2 7/15 8/13 9/21 10/17 12/3 13/1 14/3 14/11 14/14<br>**MS. WEST: [25]**<br>**THE COURT: [35]**<br><br>**1**<br><br>**10 [1]** 1/5<br>**12 [1]** 10/24<br>**12:47 [1]** 1/6<br>**13th [3]** 6/23 10/16 10/22<br>**1512 [2]** 11/4 12/15<br>**16th [1]** 6/24<br>**17th [1]** 6/24<br>**19 [2]** 16/6 16/10<br>**1:07 [1]** 15/6<br><br>**2**<br><br>**20001 [1]** 2/5<br>**20002 [1]** 1/19<br>**202 [3]** 1/15 1/20 2/5<br>**2022 [2]** 1/5 16/10<br>**2042 [1]** 1/20<br>**20530 [1]** 1/15<br>**20th [3]** 7/6 8/11 9/4<br>**21-223 [2]** 1/4 3/3<br>**21st [2]** 8/11 9/4<br>**223 [2]** 1/4 3/3<br>**236-2042 [1]** 1/20<br>**23rd [1]** 7/19<br>**24 [1]** 13/15<br>**24th [1]** 7/19<br>**252-7825 [1]** 1/15<br>**27th [5]** 5/4 7/21 8/12 9/4 10/5<br>**28th [1]** 7/21<br><br>**3**<br><br>**30th [2]** 9/15 9/16<br>**3249 [1]** 2/5<br>**333 [1]** 2/4<br>**354-3249 [1]** 2/5<br><br>**4**<br><br>**4:00 [2]** 10/16 10/22<br>**4th [4]** 1/14 5/16 7/23 10/3<br><br>**5**<br><br>**50 [1]** 7/11<br>**509 [1]** 1/19<br>**555 [1]** 1/14<br>**5:00 [1]** 8/4<br>**5th [1]** 5/20<br><br>**6**<br><br>**60 [1]** 7/12<br>**6:00 [2]** 8/2 8/3<br>**6th [5]** 4/2 5/20 7/8 10/6 12/11 | **7**<br><br>**712 [1]** 1/18<br>**7825 [1]** 1/15<br>**7th [1]** 5/20<br><br>**8**<br><br>**8:00 [2]** 8/2 8/3<br>**8th [1]** 5/21<br><br>**9**<br><br>**9:30 [1]** 8/4<br><br>**A**<br><br>**a.m [2]** 8/2 8/3<br>**able [1]** 13/6<br>**about [4]** 8/6 10/16 12/15 13/3<br>**above [2]** 12/3 16/4<br>**above-titled [1]** 16/4<br>**acquitted [1]** 12/18<br>**address [1]** 14/19<br>**after [1]** 10/3<br>**afternoon [1]** 3/10<br>**agree [2]** 11/24 13/6<br>**ahead [1]** 9/2<br>**aided [1]** 2/7<br>**all [12]** 3/9 3/10 3/23 8/23 9/16 10/13 10/23 11/6 12/22 13/7 13/7 14/23<br>**allow [2]** 13/18 14/17<br>**almost [1]** 7/12<br>**along [1]** 14/25<br>**already [2]** 5/11 11/9<br>**also [1]** 5/16<br>**Although [1]** 11/22<br>**am [1]** 5/20<br>**AMERICA [2]** 1/3 3/3<br>**AMIT [1]** 1/10<br>**Anne [1]** 1/17<br>**another [2]** 7/13 10/6<br>**anticipate [1]** 14/3<br>**any [4]** 5/23 10/24 12/9 14/2<br>**Anything [1]** 15/2<br>**anyway [1]** 12/22<br>**appeal [2]** 12/1 12/9<br>**Appeals [1]** 12/21<br>**APPEARANCES [2]** 1/12 2/1<br>**appearing [1]** 3/7<br>**appreciate [1]** 9/21<br>**April [2]** 4/3 11/18<br>**are [7]** 5/18 5/25 6/21 7/25 9/16 10/24 12/24<br>**around [3]** 7/5 7/23 9/4<br>**as [1]** 14/5<br>**ask [5]** 4/14 9/18 10/6 10/24 13/17<br>**asking [3]** 3/16 14/8 14/9<br>**assault [2]** 4/3 7/9<br>**Assuming [1]** 10/19<br>**ATTORNEY'S [1]** 1/13<br>**availability [1]** 9/22<br>**available [3]** 4/8 4/10 5/20<br>**Avenue [1]** 2/4 | **aware [1]** 11/10<br><br>**B**<br><br>**back [5]** 3/11 9/18 10/23 12/22 13/14<br>**backloaded [1]** 8/8<br>**bag [1]** 9/12<br>**Barrett [1]** 2/4<br>**Based [1]** 3/18<br>**be [29]**<br>**because [3]** 9/12 12/15 12/23<br>**been [2]** 6/23 13/3<br>**before [15]** 1/10 4/6 4/21 4/23 5/16 5/25 8/19 8/20 8/25 9/9 9/11 10/7 11/12 13/7 14/13<br>**behalf [2]** 3/15 4/16<br>**being [2]** 6/4 13/8<br>**believe [1]** 6/16<br>**beneficial [1]** 11/22<br>**between [1]** 8/25<br>**big [1]** 7/10<br>**bit [1]** 5/12<br>**blocks [1]** 6/18<br>**bogged [1]** 3/25<br>**booked [2]** 5/19 5/25<br>**both [1]** 4/1<br>**box [1]** 6/4<br>**breath [1]** 11/21<br>**briefs [1]** 11/17<br>**build [1]** 11/7<br><br>**C**<br><br>**calendar [1]** 6/13<br>**call [1]** 5/7<br>**can [11]** 5/14 7/13 9/14 9/17 10/4 10/7 10/15 12/22 13/20 14/5 14/25<br>**can't [7]** 5/6 6/9 6/18 7/11 7/12 7/13 7/14<br>**care [2]** 14/19 15/4<br>**Carolina [4]** 13/13 13/22 14/18 15/1<br>**case [16]** 3/3 3/19 4/13 5/11 6/8 6/23 7/5 7/10 7/13 9/23 10/6 10/25 12/6 12/10 12/13 12/24<br>**cases [4]** 4/1 4/2 6/19 12/11<br>**Certified [1]** 2/3<br>**certify [1]** 16/2<br>**CH [1]** 2/4<br>**challenging [1]** 5/12<br>**chance [1]** 5/23<br>**charged [1]** 11/2<br>**chief [1]** 4/13<br>**Circuit [3]** 11/17 11/17 11/19<br>**civil [1]** 6/22<br>**client [1]** 6/6<br>**close [1]** 7/21<br>**colleague [2]** 11/17 11/18<br>**colleagues [1]** 9/19<br>**COLUMBIA [2]** 1/1 1/14<br>**come [1]** 9/18 | **comes [2]** 9/7 10/1<br>**comfortable [1]** 9/17<br>**coming [1]** 12/24<br>**completely [1]** 7/20<br>**compliance [1]** 14/14<br>**computer [1]** 2/7<br>**computer-aided [1]** 2/7<br>**concerns [1]** 5/10<br>**conclude [1]** 7/24<br>**concluded [1]** 15/6<br>**concur [1]** 4/17<br>**condition [2]** 14/16 14/24<br>**conditions [1]** 13/18<br>**conduct [1]** 3/18<br>**CONFERENCE [1]** 1/9<br>**consistent [1]** 10/14<br>**Constitution [1]** 2/4<br>**CONTINUED [1]** 2/1<br>**convicted [2]** 12/7 12/16<br>**conviction [1]** 12/18<br>**convince [1]** 11/11<br>**Cooper [2]** 4/22 7/8<br>**correct [2]** 3/14 16/3<br>**could [14]** 4/6 4/18 4/24 5/24 6/9 6/12 6/22 6/23 7/4 7/17 7/18 7/22 9/18 10/9<br>**Counsel [2]** 3/10 15/2<br>**count [1]** 12/18<br>**couple [1]** 13/2<br>**course [1]** 10/11<br>**court [7]** 1/1 2/2 2/3 6/2 6/15 12/21 16/7<br>**Court's [1]** 9/21<br>**cover [2]** 9/19 10/4<br>**COVID [1]** 16/6<br>**COVID-19 [1]** 16/6<br>**CR [1]** 1/4<br>**Criminal [1]** 3/2<br>**CRR [2]** 16/2 16/11<br>**Cubbage [2]** 1/17 3/6<br>**cutting [1]** 7/20<br><br>**D**<br><br>**D.C [4]** 1/5 1/15 1/19 2/5<br>**D.C. [1]** 11/17<br>**D.C. Circuit [1]** 11/17<br>**date [5]** 3/12 3/21 6/10 8/23 16/10<br>**dates [3]** 10/14 10/23 12/22<br>**David [2]** 1/13 3/5<br>**david.t.henek [1]** 1/16<br>**day [5]** 4/12 4/16 6/13 7/5 14/10<br>**days [7]** 4/14 5/13 7/25 8/1 8/16 8/20 8/24<br>**decision [2]** 11/13 12/1<br>**defendant [4]** 1/7 1/17 3/7 12/6<br>**defense [1]** 3/6<br>**defer [1]** 14/5<br>**deliberations [3]** 9/15 9/16 9/19 | **did [1]** 14/12<br>**different [2]** 9/25 14/9<br>**discovery [1]** 13/4<br>**district [6]** 1/1 1/1 1/10 1/14 13/24 14/9<br>**districts [2]** 13/13 13/19<br>**do [13]** 3/19 4/6 4/18 4/24 5/24 7/13 7/17 7/21 9/9 9/17 10/7 10/13 13/15<br>**Does [1]** 14/19<br>**doing [2]** 12/20 12/20<br>**don't [20]**<br>**done [3]** 7/17 7/22 9/9<br>**down [1]** 3/25<br>**ducks [1]** 8/23<br>**due [1]** 11/18<br>**DUI [1]** 4/4<br>**during [1]** 16/5<br>**duty [3]** 6/1 6/15 8/7<br><br>**E**<br><br>**early [2]** 5/18 9/13<br>**easily [1]** 14/5<br>**eat [1]** 8/5<br>**else [1]** 15/2<br>**Email [2]** 1/16 1/20<br>**emailed [1]** 13/14<br>**employed [1]** 13/10<br>**end [6]** 4/8 4/18 4/23 8/9 8/25 9/7<br>**estimate [1]** 4/12<br>**even [3]** 6/9 6/9 10/15<br>**event [1]** 5/21<br>**every [1]** 6/13<br>**everybody [5]** 3/25 5/9 9/2 11/22 15/5<br>**everything [1]** 13/5<br>**evidence [3]** 3/18 8/12 9/15<br>**exaggeration [1]** 6/12<br>**exception [1]** 6/14<br>**exhibits [1]** 13/7<br>**expect [2]** 5/14 12/23<br>**expedited [1]** 11/23<br><br>**F**<br><br>**fall [1]** 4/6<br>**feasibly [1]** 10/16<br>**federal [1]** 9/25<br>**feel [1]** 6/4<br>**feeling [1]** 6/5<br>**felonies [1]** 7/9<br>**felony [1]** 3/16<br>**few [1]** 8/20<br>**file [1]** 13/11<br>**find [1]** 6/12<br>**fine [2]** 4/10 4/11<br>**finish [1]** 9/14<br>**finished [1]** 9/15<br>**first [1]** 4/20<br>**FISC [2]** 7/5 8/7<br>**fit [1]** 9/3<br>**five [1]** 8/24<br>**following [5]** 5/9 5/21 7/11 7/12 8/6<br>**foregoing [1]** 16/3 |

**F**

**Foreign [2]**  6/2 6/15
**four [1]**  4/14
**Friday [3]**  5/24 9/11 9/13
**Fridays [1]**  6/2
**Friedrich [1]**  5/13
**front [2]**  7/8 9/23
**full [2]**  8/1 8/24

**G**

**get [8]**  6/5 7/17 7/22 9/3 12/8 13/4 14/12 14/23
**getting [1]**  13/3
**give [3]**  6/10 8/18 8/19
**given [1]**  14/10
**gmail.com [1]**  1/20
**go [5]**  6/20 7/13 9/2 11/20 14/9
**go ahead [1]**  9/2
**going [18]**
**good [6]**  3/10 8/19 13/3 13/9 15/3 15/4
**got [6]**  5/3 5/19 6/17 9/18 12/8 14/13
**government [13]**  1/13 3/5 3/16 3/19 4/9 4/16 6/7 7/16 8/14 10/17 12/1 13/16 14/2
**government's [1]**  4/13
**grade [1]**  12/3
**great [2]**  8/13 9/17
**Guy [1]**  12/10
**guys [1]**  4/7

**H**

**had [1]**  9/25
**half [2]**  4/13 4/16
**happen [1]**  10/16
**happens [1]**  9/6
**happy [1]**  13/11
**harm [1]**  6/7
**has [2]**  11/13 13/3
**hate [2]**  4/5 6/3
**have [17]**
**having [1]**  6/5
**he [6]**  9/24 11/2 12/16 13/10 13/12 14/8
**he's [3]**  12/8 13/22 14/9
**hear [1]**  14/4
**heard [1]**  13/14
**hearing [4]**  3/8 10/15 14/13 16/5
**helpful [1]**  10/10
**Henek [3]**  1/13 3/5 13/3
**her [1]**  5/13
**here [1]**  10/4
**here's [2]**  5/8 5/8
**him [6]**  13/4 13/17 13/18 14/6 14/17 15/1
**his [4]**  11/13 13/13 14/19 14/25
**Hogan [2]**  4/23 10/6
**hold [1]**  11/21
**holiday [1]**  9/10
**honestly [1]**  4/15

**HONORABLE [1]**  1/10
**hopefully [2]**  8/20 11/19
**horrible [1]**  6/5
**hour [1]**  13/15
**how [4]**  4/5 7/25 8/6 10/16

**I**

**I am [1]**  5/20
**I believe [1]**  6/16
**I can't [5]**  5/6 6/9 7/11 7/12 7/14
**I completely [1]**  7/20
**I don't [5]**  4/15 12/10 14/3 14/7 14/12
**I have [7]**  4/1 4/3 4/23 5/10 6/12 11/17 13/4
**I just [4]**  7/13 9/5 10/5 14/15
**I know [3]**  11/10 11/13 12/14
**I mean [8]**  6/6 6/11 7/11 8/18 8/22 9/6 14/3 14/7
**I think [5]**  5/2 8/17 9/5 9/25 12/16
**I understand [1]**  3/12
**I want [1]**  14/4
**I was [1]**  11/12
**I would [1]**  4/17
**I'd [1]**  6/11
**I'll [4]**  10/3 10/6 13/4 14/16
**I'm [16]**  6/1 6/4 6/11 6/14 6/22 7/1 7/10 7/11 8/8 8/18 10/19 11/10 11/16 11/18 12/15 13/11
**I'm going [2]**  7/10 11/18
**I'm just [1]**  12/15
**I'm sorry [1]**  7/1
**I've [5]**  5/3 6/17 9/9 11/8 13/14
**identified [1]**  5/2
**identify [1]**  10/3
**imagine [1]**  5/6
**impact [1]**  12/19
**incarcerated [1]**  6/6
**including [1]**  8/24
**Intelligence [2]**  6/2 6/15
**intending [1]**  12/1
**interrupt [1]**  6/3
**is [40]**
**is there [1]**  5/23
**issue [3]**  10/13 12/15 14/8
**issued [1]**  11/13
**issues [2]**  11/8 12/12
**it [19]**
**it would be [1]**  11/22
**it's [9]**  4/15 4/24 7/8 7/9 7/9 8/6 12/3 14/7 14/8

**J**

**January [5]**  4/2 5/11 5/16 10/6 12/11
**January 6th [3]**  4/2 10/6 12/11
**job [1]**  13/14
**JUDGE [11]**  1/10 4/22 4/23 5/12 7/8 9/23 9/24 10/6 11/13 12/1 12/17
**Judge Cooper [2]**  4/22 7/8
**Judge Hogan [2]**  4/23 10/6
**Judge Lamberth [1]**  9/24
**Judge Nichols [2]**  11/13 12/17
**Judge Nichols' [1]**  12/1
**judges [1]**  10/1
**July [4]**  4/1 4/24 5/16 7/23
**June [13]**  4/1 4/8 4/9 4/10 4/19 4/20 4/20 4/25 5/4 7/3 7/8 7/16 10/22
**jurors [2]**  5/17 9/11
**jury [17]**
**just [13]**  5/9 5/13 6/20 7/13 9/5 10/5 12/7 12/15 12/23 13/20 13/24 14/9 14/15

**K**

**Keeper [1]**  6/19
**kind [2]**  6/4 6/20
**Kira [4]**  1/17 1/18 3/6 3/24
**Kira West [2]**  3/6 3/24
**kiraannewest [1]**  1/20
**know [29]**
**Knowing [1]**  6/16

**L**

**Lamberth [1]**  9/24
**last [3]**  4/10 4/24 7/16
**LAW [1]**  1/18
**least [3]**  4/21 7/10 10/15
**leaving [1]**  5/18
**let [5]**  5/9 8/5 10/24 11/16 11/18
**let's [2]**  9/2 10/13
**letter [1]**  3/15
**lift [1]**  14/16
**like [8]**  6/4 12/8 13/7 13/8 13/11 13/12 14/4 14/8
**limine [1]**  10/24
**limitations [1]**  16/7
**little [2]**  5/12 7/20
**live [1]**  14/8
**located [1]**  13/21
**long [2]**  7/25 9/10
**longer [1]**  5/14
**look [4]**  6/11 6/17 8/6 9/5
**looked [1]**  14/15

**lot [6]**  5/17 9/12 11/8 12/12 12/19 13/6

**M**

**make [2]**  5/11 13/4
**March [1]**  1/5
**MARK [2]**  1/6 3/4
**matter [1]**  16/4
**MATTHEW [2]**  1/6 3/3
**may [5]**  4/4 5/14 9/7 9/15 16/10
**maybe [2]**  4/18 6/17
**me [12]**  3/15 4/4 5/9 7/7 8/18 8/19 10/20 10/24 11/3 11/11 13/3 13/20
**mean [12]**  4/5 5/6 6/6 6/11 6/17 7/11 8/18 8/22 9/6 9/16 14/3 14/7
**mechanical [1]**  2/7
**MEHTA [1]**  1/10
**Merit [1]**  2/2
**might [2]**  4/8 9/25
**mine [1]**  11/19
**Minute [1]**  14/23
**misdemeanor [1]**  3/17
**misdemeanors [1]**  11/4
**modified [1]**  13/18
**modifies [1]**  14/24
**modify [1]**  14/16
**Monday [2]**  8/9 10/16
**month [2]**  6/25 7/2
**monthlong [1]**  6/18
**more [3]**  4/15 5/12 8/8
**motions [3]**  10/23 10/23 10/25
**move [1]**  10/9
**Mr. [10]**  3/10 3/15 3/16 3/18 3/20 3/24 13/3 13/10 13/20 14/14
**Mr. Henek [1]**  13/3
**Mr. Wood [8]**  3/10 3/15 3/16 3/20 3/24 13/10 13/20 14/14
**Mr. Wood's [1]**  3/18
**Ms. [6]**  3/15 4/9 5/7 7/24 8/15 11/8
**Ms. West [5]**  3/15 5/7 7/24 8/15 11/8
**Ms. West's [1]**  4/9
**much [1]**  11/24
**my [6]**  4/14 4/20 6/6 7/5 9/18 12/3

**N**

**NE [1]**  1/18
**needed [1]**  8/8
**needs [1]**  14/20
**neighboring [1]**  13/24
**next [1]**  9/18
**Nichols [2]**  11/13 12/17
**Nichols' [1]**  12/1
**Nicole [3]**  1/17 3/6 9/24
**No [5]**  1/4 3/3 14/11 14/15 15/3

**North [4]**  13/13 13/22 14/18 15/1
**North Carolina [4]**  13/13 13/22 14/18 15/1
**northern [1]**  13/13
**not [17]**
**note [1]**  16/5
**now [3]**  6/11 6/18 10/15
**NW [2]**  1/14 2/4

**O**

**Oath [1]**  6/19
**object [1]**  13/16
**objection [3]**  14/2 14/11 14/15
**obligations [1]**  7/6
**obviously [2]**  8/22 12/19
**occurred [1]**  16/5
**off [1]**  6/19
**OFFICE [2]**  1/13 1/18
**officer [1]**  7/9
**Official [1]**  2/3
**Oh [3]**  11/1 11/10 13/23
**okay [14]**  3/11 3/22 5/1 10/4 10/8 10/12 10/21 11/2 11/5 12/25 13/9 13/23 14/22 15/1
**once [2]**  9/20 9/23
**one [5]**  5/2 5/8 5/10 9/18 14/3
**only [2]**  5/8 13/19
**opinion [1]**  11/20
**optimal [1]**  8/6
**order [3]**  10/14 14/23 14/24
**other [4]**  11/16 11/18 12/6 12/6
**ought [1]**  5/10
**our [1]**  13/7
**out [4]**  9/13 10/23 12/22 14/23
**over [3]**  5/21 7/11 8/16

**P**

**p.m [6]**  1/6 8/2 8/3 10/16 10/22 15/6
**pandemic [1]**  16/6
**paper [1]**  14/24
**pay [1]**  12/3
**pending [1]**  6/23
**people [1]**  9/12
**permission [2]**  13/11 13/12
**pick [3]**  7/12 7/18 7/21
**picked [1]**  8/11
**Plaintiff [1]**  1/4
**plead [1]**  3/16
**Please [1]**  16/5
**police [1]**  7/9
**position [1]**  7/23
**possible [1]**  4/24
**pretrial [5]**  10/13 10/15 10/22 13/14 14/13
**Prettyman [1]**  2/4
**probably [3]**  4/12 4/21

| | | | | | |
|---|---|---|---|---|---|
| **P** | **sentenced [1]** 2/8 | **them [1]** 13/15 | **usually [3]** 8/7 13/15 | **wish [1]** 6/9 |
| **probably... [1]** 12/23 | **sentencing [1]** 10/5 | **then [6]** 5/20 7/11 7/12 8/16 8/19 9/17 | | **within [2]** 13/15 14/17 |
| **Probation [2]** 14/4 14/5 | **September [2]** 6/8 6/10 | **theoretically [1]** 8/9 | **V** | **witnesses [1]** 5/7 |
| **problem [4]** 3/25 5/19 7/7 13/8 | **Services [2]** 13/14 14/13 | **theory [1]** 7/4 | **vacated [1]** 12/19 | **won't [1]** 10/2 |
| **problems [1]** 9/6 | **set [3]** 6/18 6/24 10/15 | **there [6]** 5/23 10/24 11/19 12/12 12/14 14/9 | **vacation [1]** 9/24 | **WOOD [10]** 1/6 3/4 3/10 3/15 3/16 3/20 3/24 13/10 13/20 14/14 |
| **proceedings [4]** 1/9 2/7 15/6 16/4 | **seven [3]** 9/25 10/1 10/2 | **there's [1]** 3/12 | **versus [1]** 3/3 | |
| **produced [1]** 2/7 | **several [1]** 7/9 | **therefore [1]** 16/6 | **via [2]** 1/9 3/7 | **Wood's [1]** 3/18 |
| **promise [1]** 10/2 | **short [3]** 4/3 4/18 12/23 | **these [6]** 4/1 6/19 8/7 9/9 11/8 12/11 | **videoconference [1]** 3/7 | **work [7]** 5/5 7/5 8/7 8/8 13/19 14/9 14/19 |
| **pushing [2]** 7/15 7/16 | **since [1]** 12/8 | **they [3]** 8/7 11/23 14/5 | **vs [1]** 1/5 | **working [1]** 13/17 |
| **Q** | **single [1]** 6/13 | **they're [4]** 6/20 8/2 8/3 8/4 | **W** | **works [4]** 8/13 9/2 10/17 10/20 |
| **question [1]** 9/14 | **sir [2]** 11/10 13/25 | **thing [1]** 5/9 | **waiting [1]** 6/7 | **would [18]** |
| **questions [1]** 10/1 | **sit [1]** 9/11 | **things [5]** 3/11 5/21 12/24 13/2 13/7 | **want [3]** 7/22 9/12 14/4 | **writing [1]** 13/12 |
| **quickly [1]** 12/24 | **so [28]** | **think [11]** 4/15 5/2 7/21 8/17 9/5 9/9 9/25 12/10 12/16 13/16 14/7 | **was [4]** 4/7 11/12 12/7 12/16 | **wrong [1]** 11/12 |
| **R** | **So I mean [1]** 4/5 | | **Washington [4]** 1/5 1/15 1/19 2/5 | **Y** |
| **ready [2]** 6/5 8/19 | **So I would [1]** 5/17 | **thinking [2]** 3/23 9/17 | **way [2]** 7/19 8/7 | **yeah [7]** 5/18 8/21 10/9 11/21 12/5 12/14 14/7 |
| **really [3]** 7/5 12/11 13/3 | **so it's [1]** 4/24 | **this [14]** 3/2 3/8 3/19 4/12 5/11 6/8 6/12 7/4 9/14 10/25 12/23 13/24 14/13 16/5 | **we [26]** | **year [2]** 5/3 6/14 |
| **Realtime [1]** 2/3 | **So we're [1]** 3/20 | | **we will [2]** 10/22 12/20 | **Yep [1]** 11/14 |
| **reason [1]** 7/24 | **some [3]** 11/16 11/18 12/7 | | **we'll [14]** 5/3 9/3 9/3 9/6 9/7 9/8 10/13 10/14 11/7 12/20 12/22 12/24 13/6 14/23 | **yes [4]** 11/1 11/10 13/25 14/21 |
| **record [1]** 16/3 | **somebody [1]** 10/4 | **those [4]** 10/14 10/23 13/7 13/19 | | **you [38]** |
| **recorded [1]** 2/7 | **something [1]** 13/11 | **three [2]** 4/14 6/18 | | **you'll [2]** 8/24 11/11 |
| **Reffitt [2]** 12/10 12/17 | **soon [1]** 12/9 | **Thursday [1]** 5/24 | **we're [10]** 3/11 3/20 5/10 5/16 5/18 7/15 7/20 9/5 9/11 12/19 | **you're [2]** 6/5 8/15 |
| **Registered [1]** 2/2 | **sorry [2]** 3/17 7/1 | **time [4]** 11/20 12/8 12/9 12/23 | | **you've [1]** 5/2 |
| **release [1]** 13/18 | **sort [1]** 5/2 | **titled [1]** 16/4 | **we've [2]** 5/18 9/18 | **your [29]** |
| **remainder [1]** 6/13 | **spilled [1]** 5/21 | **today [1]** 3/13 | **week [23]** | **Your Honor [25]** |
| **remember [2]** 6/18 9/25 | **squeezed [1]** 6/4 | **told [1]** 4/7 | **weekend [3]** 8/25 9/10 9/12 | **Z** |
| **remind [2]** 11/2 13/20 | **St [1]** 1/18 | **too [1]** 15/4 | **weeks [2]** 6/14 8/7 | **Zaremba [3]** 2/2 16/2 16/11 |
| **remotely [1]** 16/7 | **stand [1]** 3/11 | **took [1]** 5/13 | **Well [4]** 5/2 10/2 11/6 12/6 | **ZOOM [1]** 1/9 |
| **Report [1]** 14/13 | **standstill [1]** 3/20 | **toward [1]** 8/9 | | |
| **Reporter [4]** 2/2 2/2 2/3 2/3 | **start [4]** 5/4 6/22 7/8 9/1 | **transcript [3]** 1/9 2/7 16/3 | **went [1]** 9/24 | |
| **reporting [1]** 16/7 | **started [1]** 8/12 | **transcription [1]** 2/7 | **were [3]** 3/23 12/12 12/14 | |
| **representative [1]** 12/11 | **State [1]** 14/17 | **travel [5]** 5/19 13/12 13/18 14/17 14/17 | **West [9]** 1/17 1/18 3/6 3/15 3/24 5/7 7/24 8/15 11/8 | |
| **request [1]** 3/12 | **STATES [4]** 1/1 1/3 1/10 3/3 | **trial [24]** | **West's [1]** 4/9 | |
| **requesting [1]** 3/20 | **STATUS [1]** 1/9 | **tried [1]** 9/23 | **western [1]** 13/13 | |
| **resolved [1]** 12/9 | **stenography [1]** 2/7 | **truthfully [1]** 11/22 | **what [7]** 6/7 6/25 7/2 8/11 9/6 12/19 14/19 | |
| **rest [1]** 5/3 | **strange [1]** 12/12 | **try [2]** 6/8 9/3 | **What's [1]** 11/2 | |
| **restriction [1]** 14/17 | **Street [1]** 1/14 | **Tuesday [1]** 8/10 | **whatever [2]** 7/17 7/23 | |
| **right [7]** 3/9 3/13 6/11 10/13 11/6 12/17 14/23 | **subject [1]** 16/6 | **turnaround [1]** 12/23 | **when [4]** 3/23 4/8 6/5 10/15 | |
| **RMR [2]** 16/2 16/11 | **supervise [1]** 14/6 | **two [6]** 5/10 5/13 6/17 7/5 8/16 11/17 | **where [6]** 3/11 6/20 7/23 9/10 12/24 13/20 | |
| **row [1]** 8/23 | **supervising [1]** 14/25 | **two-day [1]** 7/5 | **whether [5]** 5/10 6/19 7/18 11/25 14/5 | |
| **Rule [1]** 10/24 | **supervision [1]** 14/8 | **U** | **which [6]** 4/3 4/4 5/9 5/11 6/4 10/6 | |
| **Rule 12 [1]** 10/24 | **supervisor [1]** 4/14 | **U.S [1]** 1/13 | **while [1]** 6/23 | |
| **ruled [1]** 11/8 | **supposed [1]** 6/22 | **understand [2]** 3/12 7/20 | **who [2]** 5/18 10/4 | |
| **run [1]** 9/6 | **sure [1]** 13/4 | **Unit [1]** 1/19 | **who's [1]** 10/4 | |
| **S** | **surprised [1]** 5/17 | **UNITED [4]** 1/1 1/3 1/10 3/3 | **whoever [1]** 14/25 | |
| **said [1]** 4/14 | **suspect [1]** 13/6 | **United States of [1]** 3/3 | **whole [1]** 7/19 | |
| **say [3]** 4/5 5/9 5/18 | **swear [1]** 14/12 | **until [2]** 5/3 6/7 | **why [2]** 7/15 12/20 | |
| **schedule [1]** 11/7 | **T** | **unusual [1]** 4/4 | **will [6]** 4/21 10/3 10/22 11/19 12/20 13/24 | |
| **scheduled [1]** 6/14 | **take [5]** 5/14 11/19 12/7 14/19 15/4 | **up [6]** 5/25 8/15 9/7 9/10 11/19 12/24 | **William [3]** 2/2 16/2 16/11 | |
| **seated [1]** 5/13 | **talking [1]** 12/15 | **usdoj.gov [1]** 1/16 | **willing [1]** 3/19 | |
| **Secondly [1]** 13/10 | **technological [1]** 16/7 | **usual [1]** 5/15 | **window [1]** 5/3 | |
| **see [11]** 3/11 6/11 9/6 9/7 9/8 12/20 12/24 13/8 14/1 15/3 15/4 | **tell [1]** 9/11 | | | |
| **selection [9]** 5/12 5/14 5/24 6/24 8/15 8/20 8/24 9/1 9/4 | **tend [1]** 8/7 | | | |
| **sent [2]** 3/15 14/25 | **tentatively [1]** 6/24 | | | |
| | **terms [1]** 8/8 | | | |
| | **than [3]** 4/15 5/14 8/9 | | | |
| | **Thank [2]** 13/1 14/21 | | | |
| | **Thank you [1]** 13/1 | | | |
| | **that [61]** | | | |
| | **that's [10]** 3/14 4/11 4/21 6/20 6/23 7/15 | | | |