IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-223 (APM) |
| | ) | |
| | ) | |
| MATTHEW MARK WOOD | ) | |

**Unopposed Motion for Continuance**

The defendant, Matthew Mark Wood, by his attorney, Kira Anne West, respectfully requests a continuance of the sentencing currently scheduled before Your Honor on September 23rd, at 2:00 p.m., and states the following in support:

1. As this Court knows, Mr. Wood pled guilty to the indictment in this case and one of those counts was a 1512 count, a felony.

2. As this Court also knows, the 1512 issue is currently before the D.C. Circuit. Undersigned counsel believes the D.C. Circuit's decision will be important to the sentencing of Mr. Wood.

3. Undersigned counsel has spoken with Assistant United States Attorney Sean Murphy and the probation officer, Kelli Willit, and neither opposes this motion for continuance.

4. Undersigned counsel also has a plea in federal court in an under seal case at 2:30 on September 23rd,. This plea is before Judge Moss.

5. This motion is not made for delay but so Mr. Wood's counsel can make the best argument possible at sentencing.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit #509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 30th day of August, 2022 a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and pursuant to the rules of the Clerk of Court.

_____/S/_____
Kira Anne West

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 21-CR-233(APM) |
| ) | |
| ) | |
| MATTHEW MARK WOOD ) | |

**<u>ORDER</u>**

Pending before the Court is the unopposed motion of defendant, Matthew Mark Wood, seeking continuance of his sentencing. Finding the motion meritorious and unopposed, it is hereby ORDERED that this matter is continued until _____, 2022.

SO ORDERED this _____ day of _____, 2022.

_____
Amit P. Mehta
United States District Judge

3