# Individual 1— ███████████

### *January 6, 2021*

**Individual 1:**   Yo did u go to the rally today in dc (11:45:00 p.m.)

**WOOD:**   I did (11:45:15 p.m.)

**Individual 1:**   U went into the capital right? (11:45:23 p.m.)

**WOOD:**   I'm not proud of what we did but someone had to take a stand (11:46:02 p.m.)

**Individual 1:**   No I understand completely bro like fully bc this election was wrong (11:46:31 p.m.)

I just want to know what happened (11:46:36 p.m.)

**WOOD:**   If you agree to delete the conversation (11:46:54 p.m.)

**Individual 1:**   Ok (11:46:59 p.m.)

I will (11:47:11 p.m.)

**WOOD:**   I say that because they want to label us patriots as terrorist (4:47:23 p.m.)

**Individual 1:**   I understand (11:47:47 p.m.)

They are hypocrites bc they supported the blm riots but hate this like how does that make sense (11:48:21 p.m.)

**WOOD:**   We first started off as a civic protest but it quickly turned into chaos. We pushed up the steps, the cops were overcomed and we the people stormed the capitol and we filled the halls of Congress and filled Nancy's office (11:50:56 p.m.)

Others destroyed her office and a woman I pushed through a hall with was shot and killed (11:51:57 p.m.)

**Individual 1:**   Dang (11:52:13 p.m.)

So that's all like nothing else bc I don't want the news to miss lead me (11:53:53 p.m.)

You want me to delete this now? (11:56:18 p.m.)

### *January 7, 2021*

**WOOD:**   If you will, thank you (12:50:49 a.m.)

**Individual 2— █████████**

*January 6, 2021*

**Individual 2:**   Are you causing trouble (5:56:30 p.m.)

**WOOD:**   I did lol (6:57:59 p.m.)

**Individual 2:**   Lol how you doing buddy (6:58:28 p.m.)

**Individual 3—** ███████████████

*January 6, 2021*

**Individual 3:**  Stay safe out there in DC. I've seen some fb posts but I'm betting the media is just posting the "bad"….how is it really? (4:42:59 p.m.)

**WOOD:**  It was total chaos. We sent congress running into their escape tunnels. (6:58:48 p.m.)

## Individual 4— ████████

### *January 6, 2021*

**Individual 4:** I hope youre being safe. Situation is fucking grim. (2:50:12 p.m.)

**WOOD:** I'm in the capitol (2:51:55 p.m.)

**Individual 4:** Whats going on (2:52:23 p.m.)

**WOOD:** We raided the whole building and sent Congress running. It initially was about Trump but it turned into a deeper cause than that. When Trump called us to stop, everyone verbally said no! (6:57:48 p.m.)

**Individual 4:** Why are you there? (6:59:10 p.m.)

**WOOD:** I'm tired of our elected officials! Every last one of them. Republican and Democrats (6:59:55 p.m.)

### *January 8, 2021*

**Individual 4:** You fucked up dude. Hitched your wagon to the wrong fucking horse. Your people killed a cop and injure 54 others. Wtf matt (9:29:17 a.m.)

## Individual 5— ███████

### *January 6, 2021*

**Individual 5:**   Are you in washington? (11:19:49 a.m.)

**WOOD:**   I am! (11:52:49 a.m.)

**Individual 5:**   Where's the live videos (11:57:26 a.m.)

### *January 9, 2021*

**Individual 5:**   I'm glad you took down your Facebook lol (2:35:41 p.m.)

Hope you keep low and out of the spotlight (2:36:09 p.m.)

## Individual 6— ████████

### *January 6, 2021*

**Individual 6:**    You home safe (11:16:16 p.m.)

**WOOD:**    I am on my way home. Thank you for asking. Today, change everything ████ .
(11:28:41 p.m.)

**Individual 7—** █████████████

*January 2, 2021*

**Individual 7:**  So what's the plan for your Washington trip (2:25:55 p.m.)

**WOOD:**  I am leaving Tuesday night and will be back Wednesday evening. I am down for whatever they want to do! If they want to raid Congress, sign me up, I'll be brave heart in that bitch! (2:27:09 p.m.)

**Individual 7:**  What time you leaving Tuesday (2:51:51 p.m.)

**WOOD:**  About 9p (3:01:38 p.m.)

**Individual 7:**  Anyone going with you yet (3:12:16 p.m.)

**WOOD:**  My grandma and a friend ███ ! The more the marry (3:26:30 p.m.)

**Individual 7:**  I'm going to find out if I can get it off. ██████ is off Wednesday (3:49:37 p.m.)

**WOOD:**  Just let me know!! Trying to get as many as we can to go! Greensboro has about 3 bus loads (3:53:03 p.m.)

*January 7, 2021*

**Individual 7:**  You make it home safe (2:39:57 p.m.)

**WOOD:**  I did (2:40:39 p.m.)

**Individual 7:**  Good good. Just heard there was eight ppl from nc that got arrested (2:41:03 p.m.)

  I was putting together bail money lol (2:41:17 p.m.)

**WOOD:**  Did they arrest them up these or after they got home (2:41:42 p.m.)

**Individual 7:**  I'm in. Whatever it is. I think it was for curfew up there (2:42:15 p.m.)

*January 9, 2021*

**Individual 7:**  How ya holding up hoss cat (10:31:38 p.m.)

**WOOD:**  I'm alright man. It hit me pretty hard yesterday about speaking with Ashli Babbit before being gunned down. I keep seeing and hearing a lot of things that happened Wednesday and you just can't process it out somehow. That stuff sticks and it sucks. But it's part of what happened and the stand we all took that day. (10:58:51 p.m.)

**Individual 7:**  I'm proud of you brother don't let ppl down play you (11:03:18 p.m.)

*January 13, 2021*

**WOOD:**  At times I sit in silence and I think of the division in this country. I wonder, "will it ever get better?" The answer is, no one knows. Wednesday was perhaps a necessary day, if not for anything, necessary for history. It must be recorded in the books that people stood up when it's nation stood against them. And we did. As someone who partook in such an historical day as Wednesday, I hold a different perspective of that day. My perspective will forever be a different one when comparing it to others. I'll live with the necessary traumatic events that unfolded before my eyes. They are things you cannot unsee or unhear. The loss of Ashli Babbit and the police officer doing his duty will forever be remembered by a grateful nation. But for me, they will be forever regarded as patriotic comrades. I'll never look at the building the same. I'll never visit the Federal City again without their memories living on within me. The blood, the sacrifices, the cry's... it will all remain. Though there was unnecessary violence and destruction, violence and destruction I will forever condemn, Wednesday was both a sad yet prideful day in American history. Today, many cannot see its value. Soon we all will. At this moment it is hard for me to process everything but in the coming weeks or months I will learn to grapple with it. Our nation is strong and our union is unwavering... even in the eyes of division. We will make it. Harmony and peace will thrive. America yesterday, America today, America tomorrow. (5:55:58 p.m.)

**Individual 7:**  Damn cuz. You realize that's some deep shit lol. That's something you need to get published (6:03:58 p.m.)

**Individual 8—**████████████████

*January 6, 2021*

**Individual 8:**   What's going on there? (2:25:09 p.m.)

**WOOD:**   We just stormed the Capitol now, we are busting into the house chambers (2:25:49 p.m.)

**Individual 8:**   They have locked it down and sent them under tunnels to another building (2:27:32 p.m.)

**WOOD:**   I know because we took the bitch over (2:28:38 p.m.)

**Individual 8:**   You on the steps yourself? (2:29:26 p.m.)

**WOOD:**   No I'm inside the building we busted the windows out ans crawled through (2:30:49 p.m.)

**Individual 8:**   Where are y'all trying to go? (2:32:14 p.m.)

You still inside? (3:51:07 p.m.)

You still inside? (6:24:23 p.m.)

**WOOD:**   I'm okay (6:26:43 p.m.)

**Individual 8:**   Have you left? (6:27:05 p.m.)

**WOOD:**   I just left. (6:27:24 p.m.)

All hell broke lose (6:27:34 p.m.)

**Individual 8:**   Yea I seen (6:27:48 p.m.)

**Individual 9—** ███████████████████

*January 5, 2021*

**WOOD:**  Should I, Matthew Mark Wood, die tomorrow on January 6th in the year of our Lord 2021, ████████ shall receive my car as a gift in my death. The car is red like the blood I will shed. (6:21:53 p.m.)

**Individual 9:**  Brilliant (6:22:14 p.m.)

So it is written, so let it be done! (6:22:24 p.m.)

**WOOD:**  Wait the death? (6:24:26 p.m.)

Be sure █████ knows this (8:09:19 p.m.)[1]

**IMG_4150.jpg**



**Individual 9:**  Im scared!!! (8:50:26 p.m.)

---

[1] Message included IMG_4150.jpg.

**Individual 9:**   And no you can't die!!! (8:50:38 p.m.)

*January 6, 2021*

**WOOD:**   I'm in the Capitol, we stormed it. I am fighting capitol police. Woman has been shot and killed (3:27:22 p.m.)

Call later (3:27:25 p.m.)

Also can't get out and my skin is on fire (3:27:44 p.m.)

**Individual 9:**   WHY (3:28:39 p.m.)

BE SAFE (3:28:43 p.m.)

You are more valuable to this country alive than dead. Please don't be a martyr!!! (3:34:17 p.m.)

*January 7, 2021*

**WOOD:**   ███, I'm not okay with my actions yesterday. I took a stand yes but it was extremely inappropriate... it was wrong. My mental state is off the charts. I can't believe I participated in such chaos. What's done is done. But now I must deal with it. I find comfort in it because I worked to stop violent destruction of the property. I was merely there as a citizen making a point. I didn't assault anyone. I didn't participate in the breaking in. I didn't participate in the destruction of property. I walked into, done what I thought was my part. While most of the people in there were just like me, everyday American citizens, there were some that disgraced our entrance and it associated me with them and that churns my stomach (8:57:30 a.m.)

**Individual 9:**   I would encourage you to spend the day off social media and in prayer. You are not "guilty," but if you feel conviction know that the only one who can properly forgive you is Jesus. We are all sinners and fall into sin's trap. You are a patriot and that's nothing to be shameful about. Everything happens for a reason. Keep your chin up, find peace in God's word, and realize that his love for you is not a sliding scale based on our good or bad deeds. His love is unchanging and constant. Everything is going to be okay. (11:00:41 a.m.)

**WOOD:**   Thank you, ███. I certainly needed that. I have to put this all in His hands and seek His forgiveness. His love and mercy is strong and I find hope in that. (11:03:44 a.m.)

**Individual 9:**   You're welcome. Being near violence doesn't make you violent. Being in the capitol doesn't make you a domestic terrorist. So don't even begin to believe those lies! (11:06:20 a.m.)

**WOOD:**   You are right. That really helps!! Thank you, ███. You're a real friend. (11:07:43 a.m.)

**Individual 9:**   I do believe you should suspend your socials. Until this blows over. Facebook, even Snapchat. I don't think you should be scared but I think you should be careful (5:23:06 p.m.)

**WOOD:**   I'm going to (5:35:31 p.m.)

I'm going to logout of them and delete the apps for a while (6:52:54 p.m.)

### *January 13, 2021*

**WOOD:**   Hey, I've spoken with my pastor. I'm calling the local field office tomorrow. I am taking responsibility for my actions and placing it all into Gods hand. ███, I need you and your family to pray for me. I would be lying if I said i wasn't scared but it's the right thing to do. Thank you for all your support and advice. (10:52:17 p.m.)[2]

**Individual 9:**   Matthew, please do not do this. You did not commit a crime or do anything morally wrong. (10:57:06 p.m.)

**WOOD:**   I can't allow them to come for me. If they come for me, the consciences[3] will be much worse. I am in the process of gathering support from local stand up officials. My pastor said he will be there every step as both pastor and state representative. (11:15:11 p.m.)

It's the right thing to do. They want me because I did unlawfully enter a federal building. A crime was committed. I must face that. (11:16:00 p.m.)

**Individual 9:**   Let me know what I can do. I can only pray for you to find peace in your heart. I hope you'll reconsider but if not you have our unwavering support and unending prayers. We love you, my friend. Andrew and I are both in your corner. If God is for you, who can be against you? (11:19:54 p.m.)

---

[2] Wood did not call the FBI to identify himself until January 25, 2021.

[3] Wood possibly meant "consequences."

## Individual 10—███████████████

### *January 1, 2021*

**WOOD:**          Dude, next Wednesday is going to be wild! (1:19:18 p.m.)

### *January 6, 2021*

**WOOD:**          I'll meet y'all at the car at 5pm I'm inside the Capitol (2:27:25 p.m.)

                   I'm in the Capitol (2:59:47 p.m.)

### *January 7, 2021*

**Individual 10:**   Your NOT on the FBI list (10:38:57 p.m.)

**WOOD:**          How big is the list? (10:39:15 p.m.)

**Individual 10:**   Like 30 some people (10:41:19 p.m.)

**WOOD:**          That's a relief. But is it a growing list or that seems to be set? (10:42:02 p.m.)

### *January 11, 2021*

**WOOD:**          Zoom in and read that white flag (7:25:23 p.m.)

                   [This message also included a photograph named IMG_0322.HEIC. That image was recovered from Wood's cellphone and is shown below. The image below that is also IMG_0322.HEIC, but it has been cropped to show the white flag that Wood referenced. The text of the white flag reads:

                   WE THE PEOPLE WILL BRING DC TO ITS KNEES

                   WE HAVE THE POWER]

**IMG_0322.HEIC**



**IMG_0322.HEIC (Zoomed In and Cropped)**



**Individual 10:**     Jesus (7:26:26 p.m.)

**WOOD:**     Damn right! (7:26:49 p.m.)

## Individual 11— ███████

*January 6, 2021*

**WOOD:**          I'm in the Capitol (3:00:17 p.m.)

**Individual 11:**    Oh (5:01:14 p.m.)

# Individual 12— ███████████████████

### *January 2, 2021*

**Individual 12:**  Did you learn anything today? (12:40:29 p.m.)

**WOOD:**  Actually I did (12:40:38 p.m.)

Some interesting things are happening (12:40:48 p.m.)

**Individual 12:**  W the election? (12:40:59 p.m.)

**WOOD:**  Yeah! (12:44:39 p.m.)

Next Wednesday (12:44:39 p.m.)

**Individual 12:**  Oh god! What? (12:46:43 p.m.)

Is it possible for trump to still win (1:11:14 p.m.)

**WOOD:**  Yes and no, there are about three paths he can take. However, they don't seem likely. They are going to attempt them all. It was from him and Mike Whatley, the NCGOP Chairman (1:13:28 p.m.)

### *January 6, 2021*

**Individual 12:**  Are y'all okay (3:09:47 p.m.)

Why is tyler not answering me (3:09:54 p.m.)

Matthew!!!!! (3:22:32 p.m.)

Hello (3:22:35 p.m.)

**WOOD:**  I'm in the Capitol shots fired (3:22:46 p.m.)

**Individual 12:**  Are you inside (3:23:03 p.m.)

Where is ███ (3:23:18 p.m.)

**WOOD:**  Yes, I broke through the window, I lost ███! It's chaos (3:23:27 p.m.)

**Individual 12:**  Where is your gma (3:23:33 p.m.)

Are you ok (3:23:58 p.m.)

**WOOD:**  I'm in pain but I'm pushing forward (3:24:11 p.m.)

**Individual 12:**  Were you shot (3:24:23 p.m.)

**Individual 12:**    Send me a pic of you (3:24:48 p.m.)

**WOOD:**    I'm okay, a woman is dead (3:26:07 p.m.)

**Individual 12:**    Have you text ███ (3:27:20 p.m.)

Can you take a picture of where you are (3:27:54 p.m.)

And send to me (3:27:57 p.m.)

Hello (3:51:49 p.m.)

Hello (6:24:25 p.m.)

## Individual 13— ██████████████████████

### *January 5, 2021*

**Individual 13:**   What is the verdict for George?? (5:58:41 p.m.)

**WOOD:**   Who is George? (6:07:15 p.m.)

**Individual 13:**   The state!!!!! (6:12:47 p.m.)

**WOOD:**   Polls are still open, waiting for them to close and come in (6:13:17 p.m.)

**Individual 13:**   O ok!!! Haha!!! Just notices what My phone wrote for Georgia!!!!! (6:14:45 p.m.)

**WOOD:**   Things are about to blow the lid tonight and tomorrow (6:16:15 p.m.)

**Individual 13:**   You think so??? (6:28:06 p.m.)

**WOOD:**   Oh if we lose tonight it definitely will be! I am preparing myself to be there until Thursday (6:28:57 p.m.)

### *January 6, 2021*

**Individual 13:**   Are you in jail??? (6:24:29 p.m.)

**WOOD:**   I'm okay (6:26:00 p.m.)

### *January 12, 2021*

**Individual 13:**   Just checking on you. (10:27:09 a.m.)

**WOOD:**   Doing a lot better! Still staying away from the news and politics for at least a few more days. (10:40:58 a.m.)

**Individual 13:**   Good idea!!! I will just make you mad!!!! Haha! (10:53:23 a.m.)

**WOOD:**   Yeah it does, it's personal for me now. (10:56:35 a.m.)

**Individual 13:**   Well Its getting person for every American that has any since!!!! (10:57:34 a.m.)

**WOOD:**   Oh I know, I am just talking about being there in person changes everything for me (10:58:06 a.m.)

It's an entirely different perspective (10:58:25 a.m.)

**Individual 13:**   Gotcha!!!! They talking and wanting to do some dumb $$!t (11:00:03 a.m.)

**WOOD:**             Oh I know, I am aware that they are going to impeach him and they are purging all conservative followers on all social media platforms. I ain't reading it or watching it but I am staying up to date. I am afraid this country is about to pop off. Make sure your household is ready. The gun stores are empty. Yesterday while we were there, everyone was talking about fighting their government. At this point ANYTHING can happen. Hell the stock market is on thin ice and out of control and investors are speculating the possibility of war... (11:04:09 a.m.)

**Individual 13:**    I can just about see it coming and I think that's what the democrats want!!! (11:06:41 a.m.)

**WOOD:**             They think they want war. What they stand for is only worth fighting for... what we stand for is worth dying for. (11:08:00 a.m.)

### *March 9, 2021*

**Individual 13:**    Just seen you on news!! Didn't know you was one of the first ones in!!! Haha!! (10:32:37 p.m.)

**WOOD:**             The media can kiss my ass (10:34:22 p.m.)

**Individual 14—**████████████████████

*January 6, 2021*

**Individual 14:**   Tell ███ to come to tree when he gets ready to go so I won't be left (3:29:48 p.m.)

## Individual 15—████████████████████

### *January 7, 2021*

**Individual 15:**  Facetime me when you get a chance! I wanna hear all about yesterday lol (5:37:20 p.m.)

Did ████ make you delete your Facebook posts? (5:49:18 p.m.)

**WOOD:**  No I did so on my own accord (6:27:07 p.m.)

**Individual 15:**  Are people giving you a lot of shit for going? (6:30:32 p.m.)

I want to say that what you did yesterday didn't change my opinion of you. I'm not even sure that needs to be said but I back you. Not the message or what was done but I back that you wanted to do something to make a difference and I can get behind that. Love you bud keep your chin up (6:31:34 p.m.)

**WOOD:**  Yes. I witnessed a lot and seen a lot. It's just all to much for me to process right now. My mind is numb. (6:32:12 p.m.)

████, you have no idea how much that means to me. This country is so divided and the stakes couldn't be any higher. I've been thrown to the wolves by folks I thought very highly of and actually loved... even though I disagree with them on a lot, I still genuinely loved and cared for them. I hate we are at this point in our history that I can be canceled people I love but disagree with. Thank you for being here for me and not allowing our differences to divide! You are a real friend. (6:36:08 p.m.)

### *January 8, 2021*

**Individual 15:**  Did you delete your fb?! (8:28:14 p.m.)

**WOOD:**  Yes, I did (8:30:58 p.m.)

## Individual 16—█████████████

*January 15, 2021*

**Individual 16:**   You deleted FB? (6:51:44 p.m.)

**WOOD:**   Yep (6:51:55 p.m.)

**Individual 16:**   Just making sure you are ok (6:52:56 p.m.)

**WOOD:**   I'm going to enjoy this vacation of mine for the next week and then face the music when I get back (6:53:23 p.m.)

**Individual 16:**   What do you mean face the music (6:53:41 p.m.)

**WOOD:**   Well depending on where everything is at I may have too (6:54:15 p.m.)

**Individual 16:**   No one had contacted you? (6:54:49 p.m.)

**WOOD:**   No, thankfully (6:55:10 p.m.)

**Individual 16:**   Unless someone comes after you I wouldn't do anything! (6:55:26 p.m.)

**WOOD:**   I think you are right (6:58:38 p.m.)

**Individual 17—** ███████████████████

*January 6, 2021*

**Individual 17:**   You better get to climbing up the wal (2:22:14 p.m.)

**WOOD:**   I'm inside (2:59:49 p.m.)

*January 22, 2021*

**Individual 17:**   You alive (2:40:00 p.m.)

**WOOD:**   I am lol (3:29:30 p.m.)

## Individual 18—███████

*January 11, 2021*

**Individual 18:**   THANK YOU my little flag waver (4:30:16 p.m.)

I'm so proud! (4:40:54 p.m.)

**WOOD:**   Thank you! (6:23:43 p.m.)

## Individual 19— ███████████████

*January 6, 2021*

**Individual 19:**   You get arrested yet? (6:04:33 p.m.)

**WOOD:**   I am okay. (6:25:49 p.m.)

**Individual 19:**   What you done done? (6:33:08 p.m.)

**WOOD:**   I stormed the Capitol (6:47:46 p.m.)

I was one of the first ones to storm inside (6:48:07 p.m.)

**Individual 19:**   I see there has been shots fired and all up there (6:48:07 p.m.)

So they arrest you? (6:48:16 p.m.)

Where is granny? (6:48:19 p.m.)

**WOOD:**   I was in the same hall those shots were fired into. I had to take cover (6:48:37 p.m.)

**Individual 19:**   You better get back home (6:59:40 p.m.)

Trump ain't worth dying for (7:00:01 p.m.)

**WOOD:**   It's not Trump it's America that's at stake! (7:00:20 p.m.)

**Individual 19:**   Its a mess this nation needs God (7:05:38 p.m.)

### Individual 20— ████████████████████

*January 6, 2021*

**WOOD:**          ████, shots fired. In Capitol. I'm fighting Capitol police. Pray (3:23:58 p.m.)

**Individual 20:**   OMG BE SAFE (3:25:01 p.m.)

LET ME KNOW WHEN YOURE OUT (3:25:14 p.m.)

**WOOD:**          ████ I'm hurting (3:25:35 p.m.)

My skins on fire (3:25:43 p.m.)

**Individual 20:**   What the hell they do?! (3:26:06 p.m.)

**WOOD:**          Call later got to go (3:26:18 p.m.)

**Individual 20:**   BE SAFE (3:26:27 p.m.)

## Individual 21— █████████

### *January 10, 2021*

**WOOD:**        It was chaos (9:56:50 a.m.)

**Individual 21:**    I know the left is behind all of this it's clear as day (9:57:41 a.m.)

**WOOD:**        I think some of them did lead the effort but as someone who seen it unfold, a lot of this was angry Americans tired of Congress. American flags, don't tread on me flags and trump flags covered the Capitol (9:59:45 a.m.)

**Group 1—**  **(A),** **(B),** **(C),** **(D)**

*January 6, 2021*

**WOOD:**       [Sends IMG_4154.HEIC] (12:19:06 p.m.)

**IMG_4154.HEIC**



**Group 1 (C):**    Yummy we watching trump speak (12:19:54 p.m.)

**Group 1 (D):**    How's it been so far and dang making me hungry I go on lunch soon lol (12:20:51 p.m.)

**WOOD:**       It's great up here!! So many patriots (12:23:15 p.m.)

**Group 1 (C):**    I know we are watching it and right now Trump is on FIRE (12:24:17 p.m.)

**WOOD:**       Congress is voting in 10 mins and caravans of police cars and buses just rushed towards the capital (12:51:35 p.m.)

**Group 1 (C):**    What are they voting on is it for the president (12:58:46 p.m.)

**WOOD:**       Police gathering (12:59:07 p.m.)

**WOOD:**          [Sends IMG_4155.HEIC] (12:59:07 p.m.)

**IMG_4155.HEIC**



**WOOD:**        [Sends IMG_4158.HEIC] (12:59:35 p.m.)

**IMG_4158.HEIC**



**WOOD:**            [Sends IMG_4159.HEIC] (1:00:44 p.m.)

**IMG_4159.HEIC**



**Group 1 (C):**    What is Congress voting on? (1:05:27 p.m.)

**WOOD:**            To certify the election (1:05:53 p.m.)

                    People from all ends of the city are flocking to the Capitol!! (1:06:42 p.m.)

                    No doubt Congress can here the people (1:06:58 p.m.)

**Group 1 (C):**    Vice President is on now (1:07:22 p.m.)

**WOOD:**            We just stormed the Capitol, we bust the door down. I'm in here trapped (2:21:51 p.m.)

                    The Capitol police have us pinned (2:22:07 p.m.)

                    We are trying to fight back (2:22:17 p.m.)

**Group 1 (C):**    Please be careful don't get hurt and keep ███████ safe!!!!!!

**WOOD:**            We just broke through Capitol police, we are going to bust into the house chambers (2:24:56 p.m.)

                    Guns are out (2:48:59 p.m.)

**Group 1 (A):**    Who's are out (2:49:26 p.m.)

**WOOD:**          The police are raiding with actual guns. Alarms are blaring. (2:49:39 p.m.)

**Group 1 (C):**   I'm on edge (2:49:31 p.m.)

**WOOD:**          We are trying to take the house but they are pulling guns! (2:49:55 p.m.)

                   I was just hit with a tear gas bomb (3:12:57 p.m.)

                   Shots fired!! (3:22:30 p.m.)

**Group 1 (A):**   Don't get shot (3:25:05 p.m.)

**WOOD:**          Someone's dead (3:25:52 p.m.)

**Group 1 (A):**   I heard (3:26:07 p.m.)

**Group 1 (B):**   Do I need to load up my guns and come down there (3:26:16 p.m.)

**WOOD:**          I'm in so much pain, my skin is on fire (3:26:34 p.m.)

**Group 1 (A):**   Why (3:27:03 p.m.)

**Group 1 (C):**   Matthew you better be safe and why is your skin on fire? (3:29:41 p.m.)

**Group 1 (A):**   Pepper spray (3:30:27 p.m.)

**WOOD:**          Me and some guys were hit with tear bomb (3:37:16 pm.m)

**Group 1 (C):**   Oh NO (3:38:06 p.m.)

                   The national guard are on the way is what the news just said (3:43:05 p.m.)

**WOOD:**          [Sends IMG_4253.HEIC] (8:56:47 p.m.)

**IMG_4253.HEIC**



**Group 1 (C):**    Bless your heart (8:57:37 p.m.)

**WOOD:**    [Sends 18 photographs] (8:58:17 p.m. to 9:02:23 p.m.)

**Group 1 (C):**    That's a lot of people but I'm very proud of you for standing for our country and president !!! (9:27:35 p.m.)

**Group 1 (A):**    Me TOO!!!!!. Love the pictures also! (9:30:06 p.m.)

**Group 1 (C):**    Yes I love the pictures also! (9:31:09 p.m.)

**WOOD:**    7 agencies couldn't stop us, the FBI, Homeland Security, Metro Police, DC Police, Capitol Police, Secret Service, and National Guard (9:53:59 p.m.)

**Group 1 (C):**    I know y'all stood y'all's ground trump / America strong (9:55:45 p.m.)

**WOOD:**    So many people are giving mad hell for it but that's because they are blind to what is really at stake. (9:56:42 p.m.)

**Group 1 (A):**    On the news Mike pence said that y'all didn't succeed and freedom prevailed. Makes me want to slap him. (9:58:07 p.m.)

**Group 1 (A):**   I think the democrats have got to him (9:58:48 p.m.)

**WOOD:**   Freedom did prevail, it prevailed them all into hiding (9:59:01 p.m.)

**Group 1 (C):**   Well he better be watching over his shoulders all times because he's made some enemies called trump supporters!!!! (9:59:38 p.m.)

That's right baby it sure did !!!! (10:00:10 p.m.)

**Group 1 (A):**   Yeah I love hearing that they were hiding out and scared that some ole country boy was going to put the smack down on their candy asses!!!!! (10:02:38 p.m.)

**Group 1 (C):**   Facts (10:03:11 p.m.)

**Group 1 (A):**   I would put money on that the woman that was killed today her husband or family will seek revenge. I sure know that I would in a second (10:08:15 p.m.)

**Group 1 (C):**   I bet so tooo and I know I would too!!! (10:09:03 p.m.)

**WOOD:**   The woman who was killed was a 14 year veteran of the US Air Force and is a woman I stood along side of moments before her death. Fox News released her picture and it hit me that I actually stood side by side with her before she left me and the others to raid the House (10:14:26 p.m.)

**Group 1 (C):**   Wow that is crazy I surely hate that happened to her! (10:15:56 p.m.)

**WOOD:**   Welp I've lost at least 3 "friends" since my actions today, they blocked me. (10:30:07 p.m.)

**Group 1 (C):**   Well then that's not a real friend!!! (10:30:43 p.m.)

**Group 1 (A):**   Glad to know that you found out who is really a friend and fuck the rest of them! (10:34:48 p.m.)

**Group 1 (C):**   Well you done nothing wrong but stood for what was right! You are better off without them!! (10:36:32 p.m.)

### *January 7, 2021*

**Group 1 (A):**   Just saw that 4 people was killed and 52 arrested at capital (12:35:52 a.m.)

### *January 8, 2021*

**WOOD:**   Guys, it will be very helpful to me if we all just refrain from talking any sort of politics and talking about the news and especially what happened Wednesday. Just for a week or so. I seen and heard things no one should ever experience. I talked to a woman that just minutes later would be gunned down and I heard the shots as I was in the same hall. I know I am on CNN and other

major news medias. That's no sign of celebrity so please don't praise it that way. I don't regret my actions because they were honest and pure actions to send my government, Congress, a message. We patriots fought for our country. Few died for this cause, many injured because of it. An innocent cop defending the Capitol has died from this. As someone who was essentially on the front of all of this, I seen first hand it's brutality. However, I seen the best of America when patriots in the Capitol fought those causing destruction. I seen men and women, including myself, help escort injured cops out of the building through a swarm of people. Physically I am okay, mentally I do struggle with this. I am proud I took a stand. But the things I experienced is nothing to be proud about. It's complicated. But if you guys can, just respect my wishes to keep the topic of conversations away from Trump, the Capitol, Congress, the News, all of it. It's just to much for me and at times it's unbearable. Let's try to make this the last time we talk about it for now. Just for now. I need to let some emotions calm down. (11:51:05 a.m.)

**Group 1 (A):**   I'm completely on board with it. I'm sure the way you feel pulls you both ways but we can't change the past only learned lessons and put it in your toolbox of things you learn from to make you better in the future. Don't let it consume you with guilt cause every body has done things they are not proud of including me especially. I'm proud of you no matter what. We just need to get back to life and the little things. You won't hear me mention it again. Love you and remember that every thing happens for a reason and if you need to talk I'm next door and a phone call away. (12:16:19 p.m.)

**Group 1 (C):**   Well said Mark I could not have put it a better way and baby put it in Gods hands and pray and just lean on the lord! I want bring it up unless you do ! I'm always a phone call away and next door I love you son ! I'm also always proud of the young man you have become! (12:52:02 p.m.)

### *January 10, 2021*

**WOOD:**   I would encourage all of you to delete your Facebook account, your Instagram account, hell even your Snapchat accounts. They are literally purging every Republican and conservative voice they can. We need to stop giving them our subscriptions and our money. If we are a piece of shit to them, they should be a piece of shit to us. (2:43:21 p.m.)