

01/06/2021 19:13:41



01/06/2021 19:13:43



01/06/2021 19:13:49



























01/06/2021 19:17:17



































01/06/2021 19:31:57



01/06/2021 19:32:25



01/06/2021 19:32:28



01/06/2021 19:32:36





01/06/2021 19:33:53



01/06/2021 19:33:56



01/06/2021 19:34:05





01/06/2021 19:34:58





01/06/2021   19:35:07



01/06/2021 19:35:08





01/06/2021 19:35:35



















01/06/2021 19:39:40



01/06/2021 19:39:45





01/06/2021 19:40:23



01/06/2021 19:40:37



01/06/2021 19:40:41



01/06/2021 19:41:02



01/06/2021 19:41:05



01/06/2021 19:41:08



01/06/2021 19:41:12



01/06/2021 19:41:14



01/06/2021 19:41:16



01/06/2021 19:41:16



01/06/2021 19:41:18



01/06/2021 19:41:21



01/06/2021 19:41:24



01/06/2021 19:41:29



01/06/2021 19:42:07



01/06/2021 19:42:12



01/06/2021 19:42:29



01/06/2021 19:42:53





01/06/2021 19:43:30



01/06/2021 19:43:52



01/06/2021 19:44:06





01/06/2021 19:45:45



01/06/2021 19:46:29





01/06/2021 19:47:01



01/06/2021 19:47:22



01/06/2021 19:48:27



01/06/2021 19:48:34



01/06/2021 19:48:57



01/06/2021 19:49:09



01/06/2021 19:50:14



01/06/2021 19:50:23



01/06/2021 19:50:52



01/06/2021 19:51:06



01/06/2021 19:51:36



01/06/2021 19:51:39



01/06/2021 19:52:46





01/06/2021 19:52:53



01/06/2021 19:53:09



01/06/2021 19:53:32



01/06/2021 19:53:41



01/06/2021 19:54:51



01/06/2021 19:55:54



01/06/2021 19:56:49



01/06/2021 19:57:37



01/06/2021 19:59:55



01/06/2021 20:00:44



01/06/2021 20:01:53

































01/06/2021 20:06:58





























01/06/2021 20:20:20



01/06/2021 20:20:32



01/06/2021 20:21:06



01/06/2021 20:21:25



01/06/2021 20:24:33



01/06/2021 20:27:33



01/06/2021 20:30:03



01/06/2021 20:31:27



01/06/2021 20:31:54

**Index of Images**

| Pg. | Approx. Time: | Camera No.: | Approx. Location: |
|---|---|---|---|
| 1. | 2.13.41 PM | Camera ■ | Senate Wing Door |
| 2. | 2.13.43 PM | Camera ■ | Senate Wing Door |
| 3. | 2.13.49 PM | Camera ■ | Senate Wing Door |
| 4. | 2.13.50 PM | Camera ■ | Senate Wing Door |
| 5. | 2.14.03 PM | Camera ■ | North Door Appt Desk |
| 6. | 2.14.05 PM | Camera ■ | North Door Appt Desk |
| 7. | 2.14.10 PM | Camera ■ | North Door Appt Desk |
| 8. | 2.15.37 PM | Camera ■ | HALL BY S■ |
| 9. | 2.15.40 PM | Camera ■ | HALL BY S■ |
| 10. | 2.15.49 PM | Camera ■ | HALL BY S■ |
| 11. | 2.16.01 PM | Camera ■ | HALL BY S■ |
| 12. | 2.16.10 PM | Camera ■ | Ohio Clock Corridor |
| 13. | 2.16.23 PM | Camera ■ | Ohio Clock Corridor |
| 14. | 2.16.30 PM | Camera ■ | Ohio Clock Corridor |
| 15. | 2.17.09 PM | Camera ■ | HALL BY S■ |
| 16. | 2.17.17 PM | Camera ■ | HALL BY S■ |
| 17. | 2.18.41 PM | Camera ■ | Senate Carriage Door |
| 18. | 2.22.31 PM | Camera ■ | North Door Appt Desk |
| 19. | 2.22.55 PM | Camera ■ | Senate Wing Door |
| 20. | 2.22.56 PM | Camera ■ | Senate Wing Door |
| 21. | 2.23.00 PM | Camera ■ | Senate Wing Door |
| 22. | 2.24.14 PM | Camera ■ | Crypt North |
| 23. | 2.24.28 PM | Camera ■ | Crypt North |
| 24. | 2.25.14 PM | Camera ■ | Crypt North |
| 25. | 2.25.27 PM | Camera ■ | Crypt East |
| 26. | 2.27.42 PM | Camera ■ | Crypt South |

| 27. | 2.28.48 PM | Camera ███ | Crypt South |
| 28. | 2.29.53 PM | Camera ███ | House Small Rotunda |
| 29. | 2.30.18 PM | Camera ███ | House Small Rotunda |
| 30. | 2.31.57 PM | Camera ███ | H██ Hallway |
| 31. | 2.32.25 PM | Camera ███ | H██ Hallway |
| 32. | 2.32.28 PM | Camera ███ | H██ |
| 33. | 2.32.36 PM | Camera ███ | H██ |
| 34. | 2.33.41 PM | Camera ███ | H██ Hallway |
| 35. | 2.33.53 PM | Camera ███ | H██ Hallway |
| 36. | 2.33.56 PM | Camera ███ | H██ |
| 37. | 2.34.05 PM | Camera ███ | H██ Hallway |
| 38. | 2.34.54 PM | Camera ███ | H██ Hallway |
| 39. | 2.34.58 PM | Camera ███ | H██ |
| 40. | 2.35.00 PM | Camera ███ | H██ |
| 41. | 2.35.07 PM | Camera ███ | H██ Hallway |
| 42. | 2.35.08 PM | Camera ███ | H██ Hallway |
| 43. | 2.35.15 PM | Camera ███ | H██ Hallway |
| 44. | 2.35.35 PM | Camera ███ | H██ Hallway |
| 45. | 2.36.01 PM | Camera ███ | Rotunda North |
| 46. | 2.36.23 PM | Camera ███ | Rotunda North |
| 47. | 2.37.01 PM | Camera ███ | Rotunda North |
| 48. | 2.37.43 PM | Camera ███ | Rotunda North |
| 49. | 2.37.48 PM | Camera ███ | Rotunda North |
| 50. | 2.38.53 PM | Camera ███ | Rotunda North |
| 51. | 2.38.58 PM | Camera ███ | Rotunda North |
| 52. | 2.39.15 PM | Camera ███ | Rotunda North |
| 53. | 2.39.40 PM | Camera ███ | Rotunda South |
| 54. | 2.39.45 PM | Camera ███ | Rotunda South |
| 55. | 2.39.58 PM | Camera ███ | Rotunda North |

| 56. | 2.40.23 PM | Camera ███ | Rotunda South |
| 57. | 2.40.37 PM | Camera ███ | Rotunda South |
| 58. | 2.40.41 PM | Camera ███ | Rotunda South |
| 59. | 2.41.02 PM | Camera ███ | Statuary Hall East |
| 60. | 2.41.05 PM | Camera ███ | Statuary Hall |
| 61. | 2.41.08 PM | Camera ███ | Statuary Hall |
| 62. | 2.41.12 PM | Camera ███ | Statuary Hall |
| 63. | 2.41.14 PM | Camera ███ | Statuary Hall West |
| 64. | 2.41.16 PM | Camera ███ | Statuary Hall |
| 65. | 2.41.16 PM | Camera ███ | Statuary Hall East |
| 66. | 2.41.18 PM | Camera ███ | Statuary Hall |
| 67. | 2.41.21 PM | Camera ███ | Statuary Hall |
| 68. | 2.41.24 PM | Camera ███ | Statuary Hall |
| 69. | 2.41.29 PM | Camera ███ | Statuary Hall |
| 70. | 2.42.07 PM | Camera ███ | Rotunda South |
| 71. | 2.42.12 PM | Camera ███ | Rotunda South |
| 72. | 2.42.29 PM | Camera ███ | Statuary Hall |
| 73. | 2.42.53 PM | Camera ███ | Statuary Hall |
| 74. | 2.43.00 PM | Camera ███ | Statuary Hall Connector |
| 75. | 2.43.30 PM | Camera ███ | Statuary Hall Connector |
| 76. | 2.43.52 PM | Camera ███ | Statuary Hall Connector |
| 77. | 2.44.06 PM | Camera ███ | Statuary Hall Connector |
| 78. | 2.45.43 PM | Camera ███ | Statuary Hall Connector |
| 79. | 2.45.45 PM | Camera ███ | Statuary Hall Connector |
| 80. | 2.46.29 PM | Camera ███ | Statuary Hall |
| 81. | 2.46.30 PM | Camera ███ | Statuary Hall West |
| 82. | 2.47.01 PM | Camera ███ | Statuary Hall |
| 83. | 2.47.22 PM | Camera ███ | Rotunda South |
| 84. | 2.48.27 PM | Camera ███ | Rotunda Door Interior |

| 85. | 2.48.34 PM | Camera ██ | Rotunda Door Interior |
| 86. | 2.48.57 PM | Camera ██ | Rotunda Door Interior 2 |
| 87. | 2.49.09 PM | Camera ██ | Rotunda Door Interior |
| 88. | 2.50.14 PM | Camera ██ | Rotunda Door Interior |
| 89. | 2.50.23 PM | Camera ██ | Rotunda Door Interior 2 |
| 90. | 2.50.52 PM | Camera ██ | Rotunda Door Interior 2 |
| 91. | 2.51.06 PM | Camera ██ | Rotunda North |
| 92. | 2.51.36 PM | Camera ██ | Rotunda North |
| 93. | 2.51.39 PM | Camera ██ | Rotunda South |
| 94. | 2.52.46 PM | Camera ██ | Statuary Hall |
| 95. | 2.52.52 PM | Camera ██ | Statuary Hall Connector |
| 96. | 2.52.53 PM | Camera ██ | Statuary Hall |
| 97. | 2.53.09 PM | Camera ██ | Statuary Hall Connector |
| 98. | 2.53.32 PM | Camera ██ | Statuary Hall |
| 99. | 2.53.41 PM | Camera ██ | Statuary Hall |
| 100. | 2.54.51 PM | Camera ██ | Rotunda South |
| 101. | 2.55.54 PM | Camera ██ | Rotunda South |
| 102. | 2.56.49 PM | Camera ██ | Rotunda South |
| 103. | 2.57.37 PM | Camera ██ | Rotunda South |
| 104. | 2.59.55 PM | Camera ██ | Rotunda North |
| 105. | 3.00.44 PM | Camera ██ | Rotunda North |
| 106. | 3.01.53 PM | Camera ██ | Rotunda North |
| 107. | 3.02.37 PM | Camera ██ | Rotunda North |
| 108. | 3.03.06 PM | Camera ██ | Rotunda North |
| 109. | 3.03.39 PM | Camera ██ | Rotunda North |
| 110. | 3.03.45 PM | Camera ██ | Rotunda North |
| 111. | 3.04.10 PM | Camera ██ | Rotunda North |
| 112. | 3.05.31 PM | Camera ██ | Rotunda North |
| 113. | 3.05.48 PM | Camera ██ | Rotunda North |

| 114. | 3.05.52 PM | Camera ■ | Rotunda North |
|---|---|---|---|
| 115. | 3.06.01 PM | Camera ■ | Rotunda North |
| 116. | 3.06.12 PM | Camera ■ | Rotunda North |
| 117. | 3.06.17 PM | Camera ■ | Rotunda North |
| 118. | 3.06.28 PM | Camera ■ | Rotunda North |
| 119. | 3.06.28 PM | Camera ■ | Rotunda North |
| 120. | 3.06.33 PM | Camera ■ | Rotunda North |
| 121. | 3.06.48 PM | Camera ■ | Rotunda North |
| 122. | 3.06.58 PM | Camera ■ | Rotunda Overhead |
| 123. | 3.06.58 PM | Camera ■ | Rotunda North |
| 124. | 3.07 PM (approx). | YouTube | Rotunda |
| 125. | 3.07 PM (approx). | itvNEWS CATCHUP | Rotunda |
| 126. | 3.07.09 PM | Camera ■ | Rotunda North |
| 127. | 3.07.14 PM | Camera ■ | Rotunda North |
| 128. | 3.07.15 PM | Camera ■ | |
| 129. | 3.07.31 PM | Camera ■ | Rotunda North |
| 130. | 3.07.47 PM | Camera ■ | Rotunda North |
| 131. | 3.08.37 PM | Camera ■ | Rotunda North |
| 132. | 3.15.05 PM | MPD BWC X■ | |
| 133. | 3.15.20 PM | MPD BWC X■ | |
| 134. | 3.19.30 PM | Camera ■ | Rotunda Door Interior |
| 135. | 3.20.07 PM | Camera ■ | Rotunda Door Interior |
| 136. | 3.20.20 PM | Camera ■ | Rotunda Door Interior |
| 137. | 3.20.32 PM | Camera ■ | Rotunda Door Interior |
| 138. | 3.21.06 PM | Camera ■ | Rotunda Door Interior |
| 139. | 3.21.25 PM | Camera ■ | Rotunda Door Interior |
| 140. | 3.24.33 PM | Camera ■ | Rotunda Door Interior |
| 141. | 3.27.33 PM | Camera ■ | Rotunda Door Interior |
| 142. | 3.30.03 PM | Camera ■ | Rotunda Door Interior |

| 143. | 3.31.27 PM | Camera ███ | Rotunda Door Interior |
| 144. | 3.31.54 PM | Camera ███ | Rotunda Door Interior |