

01/06/2021 19:04:08



01/06/2021 19:04:26



01/06/2021 19:05:12



01/06/2021 19:05:56



01/06/2021 19:05:57



01/06/2021 19:07:46



01/06/2021 19:09:33



01/06/2021 19:09:52



01/06/2021 19:10:08



01/06/2021 19:10:44



01/06/2021 19:11:25



01/06/2021 19:11:45



01/06/2021 19:11:45



01/06/2021 19:11:46



01/06/2021 19:12:45



01/06/2021 19:12:48



01/06/2021 19:12:50



01/06/2021 19:12:58



01/06/2021 19:13:23



01/06/2021 19:13:27



01/06/2021 19:13:31



01/06/2021 19:13:36



01/06/2021 19:13:40



01/06/2021 19:13:49

**Index of Images**

| <u>Pg.</u> | <u>Approximate Time:</u> | <u>Camera No.:</u> | <u>Approximate Location:</u> |
|---|---|---|---|
| 1. | 2.04.08 PM | Camera █ | NW Scaffolding |
| 2. | 2.04.26 PM | Camera █ | NW Scaffolding |
| 3. | 2.05.12 PM | Camera █ | NW Scaffolding |
| 4. | 2.05.56 PM | Camera █ | NW Scaffolding |
| 5. | 2.05.57 PM | Camera █ | NW Scaffolding |
| 6. | 2.07.46 PM | Camera █ | NW Scaffolding |
| 7. | 2.09.33 PM | Camera █ | NW Scaffolding |
| 8. | 2.09.52 PM | Camera █ | NW Scaffolding |
| 9. | 2.10.08 PM | Camera █ | NW Scaffolding |
| 10. | 2.10.44 PM | Camera █ | NW Scaffolding |
| 11. | 2.11.25 PM | Camera █ | NW Scaffolding |
| 12. | 2.11.45 PM | Camera █ | NW Scaffolding |
| 13. | 2.11.45 PM | Camera █ | NW Stairs |
| 14. | 2.11.46 PM | Camera █ | NW Stairs |
| 15. | 2.12.45 PM | Camera █ | North West Plaza |
| 16. | 2.12.48 PM | Camera █ | North West Plaza |
| 17. | 2.12.50 PM | Camera █ | North West Plaza |
| 18. | 2.12.58 PM | Camera █ | North West Plaza |
| 19. | 2.13.23 PM | Camera █ | North West Plaza |
| 20. | 2.13.27 PM | Camera █ | North West Plaza |
| 21. | 2.13.31 PM | Camera █ | North West Plaza |
| 22. | 2.13.36 PM | Camera █ | Senate Wing Door |
| 23. | 2.13.40 PM | Camera █ | Senate Wing Door |
| 24. | 2.13.49 PM | Camera █ | Senate Wing Door |