To The Honorable Justice,

        This letter is in regards for Matthew M. Wood. I interviewed Mr. Wood for a position with our company *****************around late October of 2021. During his interview he related to me that he had some legal issues pending and wasn't sure what the outcome would be. I must admit I was hesitant to hire Mr. Wood because of this. After consideration I took a chance and have been pleasantly surprised with his performance and professionalism. Mr. Wood has worked for me since November 2, 2021, and over the past several months has become a vital part of our daily operations. Mr. Wood has strong potential to progress into management with our company and I hope he has that chance. I would like the court to know how important Mr. Wood is to our company and the potential to grow here. He has not been absent one day since he has been employed with us, also he has not been tardy once. In this day and time that is a rarity. He is the most dependable employee I currently have and always brings a positive attitude to the workplace. He is a team player and well respected by his co-workers as well. Mr. Wood is also well known to our customers. In the short time Mr. Wood has been employed here, he has become well respected and requested by the customers. This also says something for Mr. Wood's character and performance as we have 10- and 15-year employees that work with him.  I understand the legalities of Mr. Wood and his issues involving the United States Government could prevent that. However, if Mr. Wood is incarcerated, we would not be able to hold his position with the company. We would have no choice but to terminate him. This would be travesty to us and him as well. It is my opinion that Mr. Wood would not benefit from prison. To my understanding prison is set up for 3 things. 1: Deterrent, to deter someone from committing a crime. 2: Punishment, which is designed to punish the guilty party for the crimes committed while protecting society. 3: Rehabilitation, the purpose of rehabilitating the guilty party to ensure a desire not to return. I feel like Mr. Wood has endured these things already. I hope the court will show leniency to Mr. Wood and give him an opportunity to make himself a better person. There is no doubt Mr. Wood has learned from his mistake and this situation has made him a better man. I spend 8hrs a day him and we talk, during these conversations I've learned that Mr. Wood is a spiritual man, an honest man, also a dependable man. He is also remorseful and regrets his decision on January 6th.  I look forward to seeing Mr. Wood grow further in life and becoming an even better man. I hope you all will give him that chance.

      Thank You,

      Signed on original

      1411 Manager at ************